UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOLDEN FARMS, INC., et al., CIVIL NO. 00-785 (DSD)

Plaintiffs,

v. ORDER OF RECUSAL

HOG SLAT, INC., et al.,

Defendants.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: April 7, 2000

JOHN M. MASON
United States Magistrate Judge

Filed APR 10 2000
Francis E. Dosal, Clerk
Judgment Entered
Deputy Clerk's Initials

(3)

Date: April 11, 2000 jr

R E C O R D  O F  D O C K E T  T E X T

0:00-cv-00824 Residential Funding v. General Mortgage

DOCKET ENTRY

ORDER (Magistrate Judge John M. Mason / 4/6/00)OF RECUSAL. Case referred to Magistrate Judge Franklin L. Noel (4-00 AD 93). 1pg(s) all counsel

Date: April 11, 2000 jr

R E C O R D  O F  D O C K E T  T E X T

0:00-cv-00824 Residential Funding v. General Mortgage

DOCKET ENTRY

ORDER (Magistrate Judge John M. Mason / 4/6/00)OF RECUSAL. Case referred to Magistrate Judge Franklin L. Noel (4-00 AD 93). 1pg(s) all counsel

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL