UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Holden Farms, Inc., et al., Plaintiffs, vs. Hog Slat, Inc., et al., Defendants. | Civil File No. 00 CV785 DSD/JMM<br>**STIPULATION AND [~~PROPOSED~~] ORDER** |

WHEREAS, the date by which Defendant Hog Slat, Inc. ("Hog Slat") must answer or otherwise respond to the Complaint in the above-entitled action is currently Thursday, April 6, 2000; and

WHEREAS, counsel for Plaintiffs and Defendant Hog Slat have conferred and Plaintiffs are willing to provide Hog Slat an extension of time to answer or otherwise respond to the Complaint;

NOW THEREFORE, Plaintiffs and Hog Slat hereby stipulate and agree that Hog Slat may have an additional 20 days, up to and including April 26, 2000, to answer or otherwise respond to the Complaint.

APR 10 2000
...OSAL, CLERK
JUDGMENT ENTD

Dated: April 3, 2000

DORSEY & WHITNEY LLP

By ______________________
Robert G. Hensley
Paul R. Dieseth
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Attorneys for Defendant Hog Slat, Inc.

Dated: April 4, 2000

GISLASON & HUNTER

By ______________________
Gary W. Koch
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458
Telephone: (507) 354-3111
Attorneys for Plaintiffs

**ORDER**

Based upon the foregoing stipulation and agreement of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendant Hog Slat, Inc. shall have until April 26, 2000, to answer or otherwise respond to the Complaint in this action.

Dated: 4/7/00

______________________
United States ~~District Court~~ Magistrate Judge