UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-785(DSD/AJB)

Holden Farms, Inc., et al.,

Plaintiffs,

v.

**ORDER OF REFERENCE**

Hog Slat, Inc., et al.,

Defendants.

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Arthur J. Boylan is designated to conduct hearings and submit proposed findings of fact and recommendations of law on defendants Hot Slat, Inc. and BCM Manufacturing's motions to dismiss which have been filed in this matter. Any such motions shall be heard before Magistrate Judge Arthur J. Boylan.

Dated: June 7, 2000

David S. Doty, Judge
United States District Court

FILED 6-7-00
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______