UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Holden Farms, Inc., a Minnesota Corporation; Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,
Plaintiffs,

Court File No. 00-CV-785

vs.

Hog Slat Inc., a North Carolina Corporation; BCM Manufacturing, Ltd., a Canadian Corporation; and Double L Group Ltd., an Iowa Corporation,
Defendants.

**ORDER**

Pursuant to Minn. LR 15.1, Plaintiffs may submit a proposed Supplemental Complaint as an attachment to their Motion to Amend the Complaint pursuant to Fed. R. Civ. P. 15(a), and incorporate by reference, rather than reproduce, the original Complaint and its Exhibits.

Dated this 20th day of December, 2000.

Susan Richard Nelson
Honorable Susan Richard Nelson
Magistrate Judge

NULIB:48625.1

FILED DEC 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____