UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Holden Farms, Inc., et al., Plaintiffs, vs. Hog Slat, Inc., et al., Defendants. | ) | Civil File No. 00 CV785 DSD/SRN **STIPULATION AND ~~[PROPOSED]~~ ORDER AMENDING PRETRIAL SCHEDULING ORDER WITH RESPECT TO EXPERT WITNESS DISCLOSURES** |

WHEREAS, the Amended Pretrial Scheduling Order dated June 5, 2000, provides that Plaintiffs' expert witness disclosures shall be made on or before April 3, 2001, and that Defendants' expert witness disclosures shall be made on or before June 5, 2001; and

WHEREAS, the parties agree that extending the dates for expert witness disclosures and expert witness depositions to dates following the September 13, 2001, close of fact discovery would facilitate more complete and comprehensive expert witness disclosures and testimony; and

WHEREAS, the contemplated extension does not require the amendment of other dates set forth in the Amended Pretrial Scheduling Order;

NOW THEREFORE, Plaintiffs and Defendants, through their counsel, hereby stipulate and agree that the Amended Pretrial Scheduling Order may be modified as follows:

FILED MAR 26 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Paragraph 3.a. of the Amended Pretrial Scheduling Order may be modified to provide that Plaintiffs' expert witness disclosures shall be made on or before September 17, 2001; and

2. Paragraph 3.b. of the Amended Pretrial Scheduling Order may be modified to provide that Defendants' expert witness disclosures shall be made on or before November 19, 2001.

Dated: March ___, 2001

GISLASON & HUNTER

By ______________________________
Gary W. Koch
Dustan J. Cross
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458
Telephone: (507) 354-3111

ATTORNEYS FOR PLAINTIFFS

Dated: March 23, 2001

DORSEY & WHITNEY LLP

By Paul Dieseth
Robert G. Hensley
Paul R. Dieseth
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT HOG SLAT, INC.

1. Paragraph 3.a. of the Amended Pretrial Scheduling Order may be modified to provide that Plaintiffs' expert witness disclosures shall be made on or before September 17, 2001; and

2. Paragraph 3.b. of the Amended Pretrial Scheduling Order may be modified to provide that Defendants' expert witness disclosures shall be made on or before November 19, 2001.

Dated: March 17, 2001

GISLASON & HUNTER

By ______________________
Gary W. Koch
Dustan J. Cross
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458
Telephone: (507) 354-3111

ATTORNEYS FOR PLAINTIFFS

Dated: March ___, 2001

DORSEY & WHITNEY LLP

By ______________________
Robert G. Hensley
Paul R. Dieseth
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT HOG SLAT, INC.

Dated: March 21, 2001

RAJKOWSKI HANSMEIER LTD.

By [signature]
Richard W. Sobalvarro

11 North Seventh Avenue
P.O. Box 1433
St. Cloud, MN 56302
Telephone: (320) 251-1055

ATTORNEYS FOR DEFENDANT
BCM MANUFACTURING, LTD.

Dated: March ___, 2001

HANSON LULIC & KRALL

By ______________________
Joseph F. Lulic
Randall Gottschalk
920 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-2530

BRADY & O'SHEA, P.C.
Brad J. Brady
2735 First Avenue SE
Suite 205
Cedar Rapids, IA 52402
Telephone: (319) 866-9280

ATTORNEYS FOR DEFENDANT
DOUBLE L GROUP, LTD.

**ORDER**

Based upon the foregoing stipulation and agreement of the parties, and good cause appearing therefor,

Dated: March ___, 2001

RAJKOWSKI HANSMEIER LTD.

By ______________________________
Richard W. Sobalvarro

11 North Seventh Avenue
P.O. Box 1433
St. Cloud, MN 56302
Telephone: (320) 251-1055

ATTORNEYS FOR DEFENDANT
BCM MANUFACTURING, LTD.

Dated: March 22, 2001

HANSON LULIC & KRALL

By ______________________________
Joseph F. Lulic
Randall Gottschalk
920 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-2530

BRADY & O'SHEA, P.C.
Brad J. Brady
2735 First Avenue SE
Suite 205
Cedar Rapids, IA 52402
Telephone: (319) 866-9280

ATTORNEYS FOR DEFENDANT
DOUBLE L GROUP, LTD.

**ORDER**

Based upon the foregoing stipulation and agreement of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Amended Pretrial Scheduling Order may be modified as follows:

1. Paragraph 3.a. of the Amended Pretrial Scheduling Order may be modified to provide that Plaintiffs' expert witness disclosures shall be made on or before September 17, 2001; and

2. Paragraph 3.b. of the Amended Pretrial Scheduling Order may be modified to provide that Defendants' expert witness disclosures shall be made on or before November 19, 2001.

Dated: March 26, 2001

Susan Richard Nelson
United States Magistrate Judge