UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Holden Farms, Inc., et al., Plaintiffs, vs. Hog Slat, Inc., et al., Defendants. | ) | Civil File No. 00 CV785 DSD/SRN **STIPULATION AND [~~PROPOSED~~] ORDER AMENDING PRETRIAL SCHEDULING ORDER WITH RESPECT TO NON-DISPOSITIVE MOTION DEADLINE** |

WHEREAS, the Amended Pretrial Scheduling Order dated June 5, 2000, provides that all non-dispositive motions shall be served and filed by October 15, 2001; and

WHEREAS, certain discovery issues remain outstanding which cannot be resolved prior to October 15, 2001, due to prior commitments of counsel for plaintiffs; and

WHEREAS, the contemplated extension does not require the amendment of other dates set forth in the Amended Pretrial Scheduling Order;

NOW THEREFORE, Plaintiffs and Defendants, through their counsel, hereby stipulate and agree that Paragraph 10 of the Amended Pretrial Scheduling Order may be modified to provide that non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by October 29, 2001.

Dated: October ___, 2001

GISLASON & HUNTER

By ___________________________
Gary W. Koch
Dustan J. Cross
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458
Telephone: (507) 354-3111

ATTORNEYS FOR PLAINTIFFS

OCT 11 2001
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Dated: October 8, 2001

DORSEY & WHITNEY LLP

By [signature]
Paul R. Dieseth
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT
HOG SLAT, INC.

Dated: October ___, 2001

RAJKOWSKI HANSMEIER LTD.

By ______________________________
Richard W. Sobalvarro
11 North Seventh Avenue
P.O. Box 1433
St. Cloud, MN 56302
Telephone: (320) 251-1055

ATTORNEYS FOR DEFENDANT
BCM MANUFACTURING, LTD.

Dated: October ____, 2001

HANSON LULIC & KRALL

By ______________________________
Joseph F. Lulic
920 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-2530

BRADY & O'SHEA, P.C.
Brad J. Brady
2735 First Avenue SE
Suite 205
Cedar Rapids, IA 52402
Telephone: (319) 866-9280

ATTORNEYS FOR DEFENDANT
DOUBLE L GROUP, LTD.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Holden Farms, Inc., et al., Plaintiffs, vs. Hog Slat, Inc., et al., Defendants. | ) | Civil File No. 00 CV785 DSD/SRN<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING PRETRIAL SCHEDULING ORDER WITH RESPECT TO NON-DISPOSITIVE MOTION DEADLINE** |

WHEREAS, the Amended Pretrial Scheduling Order dated June 5, 2000, provides that all non-dispositive motions shall be served and filed by October 15, 2001; and

WHEREAS, certain discovery issues remain outstanding which cannot be resolved prior to October 15, 2001, due to prior commitments of counsel for plaintiffs; and

WHEREAS, the contemplated extension does not require the amendment of other dates set forth in the Amended Pretrial Scheduling Order;

NOW THEREFORE, Plaintiffs and Defendants, through their counsel, hereby stipulate and agree that Paragraph 10 of the Amended Pretrial Scheduling Order may be modified to provide that non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by October 29, 2001.

Dated: October ___, 2001

GISLASON & HUNTER

By ______________________
Gary W. Koch
Dustan J. Cross
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458
Telephone: (507) 354-3111

ATTORNEYS FOR PLAINTIFFS

Dated: October 8, 2001

DORSEY & WHITNEY LLP

By [signature]
Paul R. Dieseth
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT
HOG SLAT, INC.

Dated: October 9, 2001

RAJKOWSKI HANSMEIER LTD.

By [signature]
Richard W. Sobalvarro
11 North Seventh Avenue
P.O. Box 1433
St. Cloud, MN 56302
Telephone: (320) 251-1055

ATTORNEYS FOR DEFENDANT
BCM MANUFACTURING, LTD.

Dated: October ____, 2001

HANSON LULIC & KRALL

By ______________________
Joseph F. Lulic
920 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-2530

BRADY & O'SHEA, P.C.
Brad J. Brady
2735 First Avenue SE
Suite 205
Cedar Rapids, IA 52402
Telephone: (319) 866-9280

ATTORNEYS FOR DEFENDANT
DOUBLE L GROUP, LTD.

Dated: October 8, 2001

DORSEY & WHITNEY LLP

By [signature]
Paul R. Dieseth
Pillsbury Center South
220 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

ATTORNEYS FOR DEFENDANT
HOG SLAT, INC.

Dated: October ___, 2001

RAJKOWSKI HANSMEIER LTD.

By ____________________
Richard W. Sobalvarro
11 North Seventh Avenue
P.O. Box 1433
St. Cloud, MN 56302
Telephone: (320) 251-1055

ATTORNEYS FOR DEFENDANT
BCM MANUFACTURING, LTD.

Dated: October 9, 2001

HANSON LULIC & KRALL

By [signature]
Joseph F. Lulic
920 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-2530

BRADY & O'SHEA, P.C.
Brad J. Brady
2735 First Avenue SE
Suite 205
Cedar Rapids, IA 52402
Telephone: (319) 866-9280

ATTORNEYS FOR DEFENDANT
DOUBLE L GROUP, LTD.

**ORDER**

Based upon the foregoing stipulation and agreement of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Amended Pretrial Scheduling Order Paragraph 10 of the Amended Pretrial Scheduling Order shall be and hereby is modified to provide that non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by October 29, 2001.

Dated: October 11, 2001

Susan Richard Nelson
United States Magistrate Judge