# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Holden Farms, Inc. a Minnesota corporation; et al

Case No. Civil 00-785 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Hog slat, Inc. a North Carolina corporation, et al

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant Hog Slat's motion for summary judgment is granted as it applies to plaintiffs' claims for negligent misrepresentation and violations of North Carolina's Unfair and Deceptive Trade Practices Act and these claims are dismissed with prejudice.

Defendant Hog Slat's motion for summary judgment is denied as it applies to plaintiffs' claim for negligent design, as these claims apply to the loss of hogs pursuant to the previous order of the court, and the cross-claims for contribution and indemnification of co-defendants.

Defendant BCM's motion for partial summary judgment is granted and defendant BCM is granted full summary judgment on the breach of warrant and negligent misrepresentation claims and is granted summary judgment as to the negligent design claims except as those claims relate to the loss of the hogs' and

Defendant Double L's motion for summary judgment is granted in its entirety and all of plaintiffs' claims against defendant Double L are dismissed with prejudice.

DATE: April 26, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

108