UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Holden Farms, Inc., a Minnesota Corporation; Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,
Plaintiffs,

Court File No. 00-CV-785(DSD/AJB)

vs.

Hog Slat Inc., a North Carolina Corporation; BCM Manufacturing, Ltd., a Canadian Corporation; and Double L Group Ltd., an Iowa Corporation,
Defendants.

---

**STIPULATION AND ORDER FOR ENTRY OF FINAL JUDGMENT**

---

**STIPULATION**

Pursuant to Rule 54 of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiffs Holden Farms, Inc., Rod Garness, Eugene C. Ward, Randy Swanson, Rick Anderson d/b/a Circle A Farms, Tim Sanborn, AJ Farms, Dennis Kofstad, Marlin Kruckeberg, and Pork Avenue, LLP, and Defendants Hog Slat Inc. and BCM Manufacturing, Ltd. (hereinafter collectively referred to as "the Parties"), through their respective attorneys, that all remaining claims as to Defendants Hog Slat Inc. and BCM Manufacturing, Ltd. be dismissed, with prejudice. This Stipulation shall not constitute a waiver by the Appellants or any of them of their right to appeal from any previous Orders of the United States District Court or the United States Magistrate.

FILED 6-17-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

The parties further stipulate, agree, and request, pursuant to Rule 54 of the Federal Rules of Civil Procedure, that the Court expressly direct entry of final judgment.

The parties further stipulate and agree that any party hereto, upon the filing of this Stipulation, may request an Order of the Court in the form provided below without further hearing or notice.

**ORDER FOR ENTRY OF FINAL JUDGMENT**

Pursuant to the foregoing Stipulation,

IT IS HEREBY ORDERED:

1. Pursuant to the executed Stipulation for Entry of Judgment, all claims as to Defendants Hog Slat Inc. and BCM Manufacturing, Ltd. remaining after this Court's Order dated April 25, 2002 and filed April 26, 2002 are hereby dismissed.

2. Pursuant to Rule 54 of the Federal Rules of Civil Procedure, the Court hereby expressly directs entry of final judgment.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 14, 2002

BY THE COURT:

By: ______________________________
Dustan J. Cross #248952
Peter D. Favorite #0301036
GISLASON & HUNTER LLP
Attorneys for Plaintiffs
2700 South Broadway
P. O. Box 458
New Ulm, MN 56073-0458
Phone: 507-354-3111
Dated: MAY 31, 2002

By: ______________________________
Robert G. Hensley #207470
Paul R. Dieseth #166881
DORSEY & WHITNEY LLP
Attorneys for Defendant Hog Slat, Inc.
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402
Phone: 612-340-2600
Dated: May 24, 2002

By: ______________________________
Richard W. Sobalvarro #204638
RAJKOWSKI HANSMEIER LTD.
Attorneys for Defendant BCM Manufacturing, Ltd.
11 North Seventh Avenue, P.O. Box 1433
St. Cloud, MN 56302
Phone: 320-251-1055
Dated: ______________________________

NULIB:98848.1

By: ______________________________
Dustan J. Cross #248952
Peter D. Favorite #0301036
GISLASON & HUNTER LLP
Attorneys for Plaintiffs
2700 South Broadway
P. O. Box 458
New Ulm, MN 56073-0458
Phone: 507-354-3111
Dated: ______________________________

By: ______________________________
Robert G. Hensley #207470
Paul R. Dieseth #166881
DORSEY & WHITNEY LLP
Attorneys for Defendant Hog Slat, Inc.
Pillsbury Center South
220 South Sixth Street, Suite 1300
Minneapolis, MN 55402
Phone: 612-340-2600
Dated: ______________________________

By: [signature]
Richard W. Sobalvarro #204638
RAJKOWSKI HANSMEIER LTD.
Attorneys for Defendant BCM
Manufacturing, Ltd.
11 North Seventh Avenue, P.O. Box 1433
St. Cloud, MN 56302
Phone: 320-251-1055
Dated: 5/22/02

NULIB:98848.1