# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 02-2786

| | | |
|---|---|---|
| Holden Farms, Inc., et al, | * | |
| | * | |
| Appellants, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota |
| Hog Slat Inc., et al, | * | |
| | * | |
| Appellees. | * | |

Appellants shall recover from the appellee the sum of $1,398.40 as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

November 20, 2003

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED NOV 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS

(120)

# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

---

No. 02-2786MN

---

| | | |
|---|---|---|
| Holden Farms, Inc., a Minnesota Corporation; Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership, | * | |
| Appellants, | * | On Appeal from the United States District Court for the District of Minnesota. |
| v. | * | |
| Hog Slat, Inc., a North Carolina Corporation; BCM Manufacturing, LTD., a Canadian Corporation; and Double L Group LTD., an Iowa Corporation, | * | |
| Appellees. | * | |

---

119

NOV 24 2003
FILED RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part and remanded to the district court for proceedings consistent with the opinion of this Court.

(5172-010199)

October 28, 2003

Order Entered in Accordance with Opinion:

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: