UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Holden Farms, Inc., a Minnesota Corporation, Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,

Court File No. 00-CV-785 DSD/SRN

Plaintiffs,

**ORAL ARGUMENT REQUESTED**

vs.

Hog Slat Inc., a North Carolina Corporation; BCM Manufacturing, Ltd., a Canadian Corporation; and Double L Group Ltd., an Iowa Corporation,

Defendants.

---

**DEFENDANT DOUBLE L GROUP LTD.'S AMENDED NOTICE OF MOTION FOR SUMMARY JUDGMENT**

---

TO: Plaintiffs and their attorneys of record, Dustan J. Cross, GISLASON & HUNTER, LLP, P.O. Box 458, New Ulm, Minnesota 56073-0458

Defendant BCM Manufacturing, Ltd., and its attorneys of record, Richard W. Sobalvarro, RAJKOWSKI HANSMEIER LTD., P.O. Box 1433, St. Cloud, Minnesota 56302-1433

**PLEASE TAKE NOTICE** that Defendant Double L Group, through the undersigned attorneys of record, will bring a motion for summary judgment pursuant to Rule 56, Fed. R. Civ. P., before U.S. District Judge David S. Doty at Courtroom 14 West, U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, on the **30**$^{TH}$

**day of July, 2004, at 9:00 a.m.,** or as soon thereafter as counsel can be heard.

**PLEASE NOTE** that a thirty minute time period for oral argument has been reserved to be divided among the parties for this motion, to be heard before the Honorable David S. Doty.

Dated: May 14, 2004.

**HANSON LULIC & KRALL, LLC**

Joseph F. Lulic (#65018)
Candy B. Olson (#0301991)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-2530
*Attorneys for Defendant Double L Group Ltd.*

G:\HLK\17168\PLDG\MOTION.NOT-AMD

HANSON LULIC & KRALL, LLC
ATTORNEYS AT LAW

700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Office: 612.333.2530
Fax: 612.392.3675

May 14, 2004

***Candy B. Olson***
Direct Dial: 612.392.3653
E-Mail: colson@hlk.com

Clerk of Court
United States District Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE: Holden Farms, Inc., et al. v. Hog Slat, Inc., et al.
Court File No.: 00-CV-785 DSD/SRN
Our File No.: FIR 17168

Dear Clerk of Court:

Enclosed for filing is the original of *Defendant Double L Group Ltd.'s* Amended *Notice of Motion for Summary Judgment.* The date of the summary judgment hearing was rescheduled at the request of opposing counsel.

By copy of this letter, we are serving opposing counsel with a copy of the Amended Notice and are forwarding two copies of the above documents to Connie Baker, Judge Doty's Calendar Clerk.

Thank you for your assistance.

Yours very truly,

Candy B. Olson
CBO/ja
Enc.
cc: Connie Baker, Calendar Clerk *(w/enc)*
Richard Sobalvarro, Esq. *(w/enc)*
Dustan J. Cross, Esq. *(w/enc)*
Brad J. Brady, Esq. *(w/enc)*
G:\HLK\17168\ATTY\Court.013