STATE OF MINNESOTA )
)
COUNTY OF HENNEPIN)

AFFIDAVIT OF SERVICE

Joyce Ahlstrom, being first duly sworn on oath, deposes and states that on the 14th day of May, 2004, she deposited with United States Mail an envelope, with postage prepaid, addressed to:

Richard W. Sobalvarro, Esq.
Rajkowski Hansmeier Ltd.
11 Seventh Avenue North
P.O. Box 1433
St. Cloud, MN 56302-1433

Dustan J. Cross, Esq.
Gislason & Hunter LLP
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458

the last known address of said addressee(s) in which envelope she first placed a true and correct copy of

*Defendant Double L Group Ltd.'s Amended Notice of Motion for Summary Judgment*

Joyce Ahlstrom
Joyce Ahlstrom

Subscribed and sworn to before me
this 14th day of May, 2004.

Beth A Meyer
Notary Public

BETH ANN MEYER
NOTARY PUBLIC - MINNESOTA
My Commission Expires 1-31-2005