UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----

Holden Farms, Inc., a Minnesota Corporation; Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,

Plaintiffs,

vs.

BCM Manufacturing, Ltd., a Canadian Corporation; and Double L Group Ltd., an Iowa Corporation,

Defendants.

Civil File No. 00-CV-785

**ORAL ARGUMENT REQUESTED**

-----

**DEFENDANT BCM MANUFACTURING, LTD.'S MOTION FOR SUMMARY JUDGMENT**

-----

Defendant BCM Manufacturing Ltd., hereby moves the court for an order:

1. Granting BCM Manufacturing Ltd. summary judgment on Plaintiff's breach of warranty claims asserted against it. Summary judgment is appropriate as there is no evidence that BCM's warranty was breached.

2. For such further equitable relief the District Court deems appropriate.

Dated this 8th day of June, 2004.

RAJKOWSKI HANSMEIER LTD.

By s/Rich Sobalvarro
Richard W. Sobalvarro - 204638
Attorneys for Defendant
11 Seventh Avenue North
P.O. Box 1433
St. Cloud, Minnesota 56302
Telephone: (320) 251-1055