UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----

Holden Farms, Inc., a Minnesota Corporation; Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,

Civil File No. 00-CV-785

**ORAL ARGUMENT REQUESTED**

Plaintiffs,

vs.

BCM Manufacturing, Ltd., a Canadian Corporation; and Double L Group Ltd., an Iowa Corporation,

Defendants.

-----

**DEFENDANT BCM MANUFACTURING, LTD.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

-----

TO: PLAINTIFFS AB0VE-NAMED AND THEIR ATTORNEY, MR. DUSTAN J. CROSS, AND DEFENDANT DOUBLE L GROUP LTD. AND THEIR ATTORNEY, JOSEPH F. LULIC:

**PLEASE TAKE NOTICE** That the attached Motion will be brought on before Honorable David S. Doty, Judge of the above-named Court at the U.S. Courthouse, 300 South Fourth Street, Courtroom 14, in the City of Minneapolis, County of Hennepin, State of Minnesota, on the 30th day of July, 2004, at 9:00 a.m, or as soon thereafter as counsel can be heard.

Dated this 8th day of June, 2004.

RAJKOWSKI HANSMEIER LTD.

By s/Rich Sobalvarro
Richard W. Sobalvarro - 204638
Attorneys for Defendant
11 Seventh Avenue North
P.O. Box 1433
St. Cloud, Minnesota 56302
Telephone: (320) 251-1055