UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

-----

Holden Farms, Inc., a Minnesota Corporation; Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,

Plaintiffs,

vs.

BCM Manufacturing, Ltd., a Canadian Corporation; and Double L Group Ltd., an Iowa Corporation,

Defendants

Civil File No. 00-CV-785

-----

**AFFIDAVIT OF RICHARD W. SOBALVARRO**

-----

STATE OF MINNESOTA )
) ss.
COUNTY OF STEARNS )

Richard W. Sobalvarro, being first duly sworn on oath deposes and says that:

1. I am the attorney representing Defendant BCM Manufacturing Ltd. in this matter.

2. Attached hereto as Exhibit A is a true and correct copy of the Order dated April 26, 2002.

3. Attached hereto as Exhibit B is a true and correct copy of the deposition of Barry Holden.

4. Attached hereto as Exhibit C is a true and correct copy of Norbert Borcherding's deposition Exhibit 1.

5. Attached hereto as Exhibit D is a true and correct copy of the deposition of Norbert Borcherding.

6. Attached hereto as Exhibit E is a true and correct copy of Norbert Borcherding's deposition Exhibit 10.

7. Attached hereto as Exhibit F is a true and correct copy of Norbert Borcherding's deposition Exhibit 11.

8. Attached hereto as Exhibit G is a true and correct copy of Warren Hutchings' deposition.

9. Attached hereto as Exhibit H is a true and correct copy of the expert witness report of Richard Nicolai.

10. Attached hereto as Exhibit I is a true and correct copy of Kent Holden's deposition.

FURTHER YOUR AFFIANT SAITH NOT except to say that this affidavit is made in support of the attached notice of motion and motion.

Dated this 8th day of June, 2004.

s/Rich Sobalvarro
Richard W. Sobalvarro

Subscribed and sworn to before me
this 8th day of June, 2004.

s/Kristie J. Schiffler
Kristie J. Schiffler