Page 71

Q. Now, with respect to the nursery pigs that you were moving out --
A. Uh-huh.
Q. -- were they moved out any earlier than you normally would have moved them out?
A. They could have been a little bit. We could have cheated a little bit on that to get them --
Q. Do you know that you did?
A. Yeah, on a few occasions they did. I know from the production from George's side and our side, we would be kind of working on the production people, "Can you get them moved out? Can you make sure the farmer gets it started a little earlier." But it would really depend on if -- because, see, we needed to get finishing space available. In order for them to do that, it depended on the finishing guy selling some pigs and making sure we had some space available. So we had to kind of work on a chain reaction on the way down.
Q. Okay.
A. They had the same schedule we did. They knew when we had to get these pigs out of this barn. They couldn't delay. They had to move the finishing pigs out at this date regardless of what they weighed, regardless of the age and stuff so that we could move the feeder pigs out. Because we weren't going to sell

Page 72

any feeder pigs light, or any feeder pigs at all. We would rather sell the market hogs light, which is what we did.
Q. Do you know how many of the barns you had moved the feeder pigs out early?
A. I think it only happened on a couple of occasions.
Q. One or two?
A. Yes. Uh-huh. For the most part, these production guys were just locked in. They couldn't give us any flexibility at all. They would hold on as long as possible to keep them in there. And when I'm talking early, I'm talking like an extra day or something is all they would give us.
Q. When you say "an extra day," you mean an extra day to --
A. To clean up to prepare. Our main concern was that the farmer got everything done. We knew we could get our job done, but sometimes we worried about whether the farmer, particularly some farmers would get the barn prepared properly so we could come in there and start working.
Q. So they were doing the initial clean-up.
A. Right. Initial clean-up, remove the bolts from the gates, they would get the barn prepared so that

Page 73

we could come in there.
Q. Let me ask you a little bit about sort of the -- and maybe Kent was the guy I should have asked about this, but I suspect you know a little bit about it. You'd talked about sort of the process, you talked about the people who would do the scheduling of the pigs, of the movement of the pigs in general. Is there a separate group within Holden Farms that does that?
A. Uh-huh.
Q. Yes?
A. Yes, there is.
Q. And they work for Kent?
A. Yes.
Q. Is there a separate -- are there separate people that work on the finishing barns and separate people who work on the nursery barns and separate people who work on the farrowing facilities?
A. Yes.
Q. And does Kent sort of coordinate all three of those?
A. Yes.
Q. Do you know how many finishing barns, finishing facilities -- are they finishing barns? Is that the right term?
A. That's correct.

Page 74

Q. How many of those did you have in '99 under contract?
A. In '99?
Q. Yes.
A. Calendar '99?
Q. Yes. Well, summer of '99.
A. Summer of '99?
Q. Yes.
A. Approximately, and I'm just going on inventory numbers what we had, I think summer of '99, probably had 150,000 finishing pigs on hand.
Q. At any one time?
A. At any one time.
Q. And you don't have a specific recollection of the number of finishing barns you would have had?
A. I can produce it.
Q. That's okay. How many feeder pigs would each one of these nursery barns hold?
A. Say that again.
Q. How many pigs would be in each nursery barn?
A. Each nursery barn held approximately 6,500, 6,400 head of pigs.
Q. Your finishing barns, if we can take it back to '99, were they at 100 percent capacity?
A. You're never at 100 percent capacity,

Page 75

because you're in the process of selling. A finishing barn is just like a nursery, there will be downtime over the weekend when they -- we don't sell the barn completely. We top it out we call it. We'll take 200 out. Say there's a barn that has 2,000 head. We'll probably top it twice, which means we'll take the biggest pigs out. We'll take 400, 400, and then we'll come back the following week and take, and this will be over a two week period of time we'll sell these, two to three week period of time, and then we'll take the balance out. So you are never at 100 percent capacity.
Q. So you call it topping off?
A. Right. When you take the first group out, you call it topping off. You'll go in and mark the largest pigs. Each pen holds, say, 25 pigs. We'll take out three or four pigs out of each pen, the biggest ones. We'll have our representative come in there and that's what we call it, topping.
Q. Who makes those decisions?
A. They're made by the production people in finishing.
Q. You generally would do that twice?
A. We generally top twice and then do a clean-out, uh-huh.
Q. And you said, and I didn't write it down,

Page 76

what percent would be taken for each of the two topping outs.
A. If it was a 2,000 head barn, which most of our barns are that size, 2,000 head, we'll probably take 400 the first topping and the second we would do 400 again. Two semi-loads, approximately.
MR. LULIC: You're talking finishers now?
THE WITNESS: Yes, I am.
BY MR. DIESETH:
Q. So you generally take 400 each time?
A. Uh-huh.
Q. Yes?
A. Yes.
Q. And would the decision on what you take just generally be based on their weight?
A. Correct.
Q. You would take the largest ones, essentially?
A. Yes. That's the first criteria. There's other criteria as far as number of spaces you need, number of pigs coming out of the nursery, if there's a contract for filling. There's other criteria, but the number one thing is the weight, trying to maintain a certain weight.

Page 77

Q. Now, when you would move a nursery barn, when you would move pigs from a nursery barn to a finishing facility, would you generally try to move all of the pigs from that nursery barn to the same finishing barn, or would you spread them out between various finishing barns?
A. They would be spread out. Our largest finishing complex only holds about 4,000. The nursery barns hold -- they don't go to the same spot.
Q. If for no other reason that there are more pigs in the nursery barn than there is --
A. They're not balanced out, right.
Q. You've got to wait until I'm done, otherwise she'll have a heck of a day. So you would have to spread them out, if for no other reason, then the number of pigs in the nursery barn would be larger than the number of pigs that could be held in any single finishing barn.
A. The way we're structured right now is we'll have six to seven thousand in our nursery barns, 6,500 was the number I picked, but that's kind of an average. We have finishing sites of 4,000 head and 2,000 head. So they'll be kind of separated that way, designated that way.
Q. So you mean you would be sort of separating

Page 78

them into 2,000 head lots?
A. Yes, more or less.
Q. Give or take. When you top out a barn, a finishing facility, and you take out 400 head that are, you know, the largest hogs, would you then fill that empty space with feeder pigs from the nursery barns?
A. No. We operate under a system called all in all out, so that finishing site and that finishing barn would have to be completely emptied and completely washed out and completely free of pigs for a minimum of a weekend or three or four days, whatever. Cleared out.
Q. And the reason for that?
A. Disease.
Q. So you would disinfect the facilities in between the lots?
A. That's correct.
Q. How long, generally, would you keep pigs in the finishing facility?
A. The finishing facility, some we're getting approximately two-and-a-half to 2.6 turns a year. I think that works out to about 18 weeks or 19 weeks or something like that.
Q. I'm doing some really rough math here. If you had about 150,000 finishing pigs on hand in '99, summer of '99 --

A. Okay.
Q. -- that's the number you used, right?
A. I did use that number.
Q. Approximately, I'm not going to hold you to exact numbers.
A. Thanks.
Q. And then you had about 2,000 head per finishing barn --
A. Yes, sir.
Q. -- that's about 75 barns?
A. You did good math there.
Q. Well, do you think that's about right?
A. Yeah. And if each barn was exactly 2,000, yeah. We have some smaller ones, yeah.
Q. All right. So you might have more than 75?
A. We've got some thousand heads and some 500 head, so, yeah, I would guess there was more barns than that.
Q. All right. Was 2,000 the largest finishing facility you would have had, 2,000 head?
A. For one barn, yes.
Q. This is Exhibit No. 85 marked during Kent's deposition. Have you ever seen that page before?
A. Yes.
Q. That was prepared by Kent?



A. It was.
Q. Did you contribute at all to the preparation of that?
A. He showed it to me, what he was doing and said, "Just look it over to see if it's an accurate representation of those first three barns."
Q. And did you?
A. I did.
Q. What did you tell him?
A. I concurred that it was an accurate representation of selling those pigs early.
Q. Do you know, were there any of the finishing barn pigs sold early in order to make room for the nursery pigs that were moved out of the ten barns?
A. Yes.
Q. How do you know that?
A. Just from the records that we looked up, the lower weights that they had per animal.
Q. What records did you look at?
A. We have close-outs we call them, herd close-outs where groups of pigs will be together and they will be tabulated as far as rate of gain and death loss, feed conversion, price received, trucking costs, vaccination costs, anything like that. The accounting system.



Q. When did you look at those records?
A. We produced some documentation in regard to this calculation and then that's when I looked at them.
Q. When you produced the documents?
A. Yes.
Q. Were the documents that you produced, did they relate to all of the finishing barns that you were operating at the time or did they relate only to certain ones?
A. Only certain ones.
Q. How did you -- who made the selection of those documents?
A. I think I did most of it. I think I had one of the people in the office help me try to gather the information, but --
Q. How did you select those certain close-out documents?
A. The close-out documents relate back to certain groups of nursery pigs, and I selected the ones that were affected by replacing the floors, by being moved out of the nurseries into the finishing barns.
Q. So when the pigs were moved from the nursery barns that were having the flooring replaced to the finishing barns, the pigs that had been in the finishing barn were sold.



A. That's correct.
Q. And you selected the close-out records for those finishing barns where pigs were sold in order to make room for these nursery barn pigs?
A. That's correct.
Q. Did you select the close-out records for all of the finishing barns where pigs were moved out to make room for the nursery barn pigs?
A. For all ten nurseries?
Q. Yes.
A. I don't think I did that, no. I can't remember, off the top of my head. I did some of them I know, but I don't know if I did 100 percent. I don't -- I don't think so. I think I did a representative sample, I think, is my recollection.
Q. Do you know, treating all of the -- well, what percent, if you know --
A. I don't know that.
Q. -- did you select?
A. I don't know.
Q. Less than 50?
A. Just guessing, I'm not sure on that at all. How many I -- I didn't look up -- I didn't try to refresh my memory on that part. So I don't know how many I selected. If it was just for these three, that

Page 83

would only be about 33 percent. I'm not sure on that at all.

MR. CROSS: Can I ask a question just to clarify?

MR. DIESETH: Sure.

MR. CROSS: Barry, are you talking about a representative sample as to all ten barns, and you've got a complete sample of the first three barns? Is that what you did?

THE WITNESS: I thought I did the first three barns complete.

MR. CROSS: And the others were a representative sample, possibly?

THE WITNESS: I didn't represent every barn I don't believe, no.

BY MR. DIESETH:

Q. You didn't do all ten.
A. No. I thought it was redundant.
Q. As you sit here today, you can't remember which ones you did and which ones you didn't do.
A. No.
Q. How did you identify which lot sales were related to the nursery barns where you did the replacement flooring?
A. First, I identified the nurseries that we

Page 84

were replacing the floor and where those pigs went to. We identified --
Q. Where they came from? You said you identified the nurseries. I'm sorry. Go ahead. I didn't mean to interrupt.
A. You're interrupting there.
Q. I'm sorry.
A. I identified the nursery that we were replacing the floor at. Right before we started the floor work, those pigs were removed into a finishing barn. I found out which finishing barns they went to, which grower they went to. Then I went to that grower's finishing file and found out the pigs that were sold just prior to those nursery pigs coming in there.
Q. So you keep your records by contract grower?
A. The finishing records by contract grower. We also do the nursery by contract grower as well.
Q. Has anybody, to your knowledge, done any analysis of those close-out records to determine the weight that the finishing pigs had when they were sold?
A. Only myself.
Q. Did you actually do some calculations based on those or did you just look at them roughly?
A. Well, roughly, I did more than roughly. I took what those close-outs were on the ones that were

Page 85

sold early versus what the average was for that period of time, excluding them from the average, of course.
Q. Would each of those close-out records have an average weight for the hogs that were sold out of that particular finishing barn?
A. They would.
Q. And you also would have kept records of the average weight of the hogs sold out of your finishing barns for your whole operation?
A. Right. For any period of time.
Q. So you just compared those two numbers.
A. Yes.
Q. And what did you find?
A. Oh, I can't remember what the difference was, but it basically verified there was a little less weight that we sold out of there, a little less -- we had to make room for the pigs so we had to sell them a little earlier and they weighed a little less is what it verified. Basically what we did on these first three.
Q. Do you remember how much less?
A. No, not off the top of my head.
Q. Other than the communications that we've already discussed between Holden Farms and Hog Slat regarding anything regarding the sale, regarding the plastic flooring -- let me narrow that down a little.

Page 86

Anything related to these ten barns, other than the conversations we've already talked about, do you know of any other conversations with Hog Slat about these barns?

MR. CROSS: I'll object to the form.

THE WITNESS: Yeah, I'm not sure exactly what you mean.

BY MR. DIESETH:

Q. Well, I've tried to cover everything. I just want to make sure that --
A. Are you asking me if you've done your job or anything?
Q. I guess I am.
A. You did a good job.
Q. Very good. Do you remember any of the conversations that you haven't talked about with Hog Slat regarding the sale of the flooring?
A. No, not really. I mean, there was some conversations, you know, when push came to shove and we weren't going to deal with them anymore that we really don't talk about. You know, I didn't talk to them directly, but Kent talked to Tommy Herring and he got mad.
Q. This is the conversation where Tommy Herring--
A. Yeah, and then Wendell called a couple times

Page 87

and said that, you know, basically that they were off scot-free because of the contract and we were on our own and, you know, that was it.
Q. Did he use those words?
A. Yeah, he just said that the contract is perfectly clear. There's a one year warranty and that was it. It doesn't really matter, you know. Other warranties are not applicable. It doesn't matter what he said at the meeting.
Q. Did he say this to you?
A. Yes.
Q. It was a phone call?
A. No, face-to-face. It was in regard to this Exhibit No. 82 meeting.
Q. There was a meeting that resulted from that?
A. Oh, yeah. He was here.
Q. So he said --
A. He faxed this up and then he was here personally.
Q. Okay. Who was at that meeting?
A. Myself and Wendell and I think Kent was there, too, as well.
Q. And it was at that meeting where Mr. Burge said the contract says one year and that's it?
A. Right.

Page 88

Q. How did you respond to that?
A. I said, "Well, how about the part of the contract that it says that, you know, you're supposed to provide good workmanship and this kind of stuff?" and he said -- but he gave us these products that didn't work, you know. And I said, "It's not that your steel's bad, it's not that the plastic flooring is bad. It's that you put them together, and it didn't work. How about that? How about that part? How about the breech of contracts there?" He said, "Well, just one year warranty is all it is."
Q. I take it there was no meeting of the minds in that particular --
A. No.
MR. CROSS: Wait, wait.
BY MR. DIESETH:
Q. I'm sorry. That's a legal term. I didn't mean to use that. You and Mr. Burge did not come to agreement with respect to Hog Slat's responsibility.
A. No, that was kind of the last parting of the ways.
Q. Okay. So you don't think you talked to Hog Slat after that about a solution to this problem?
A. Not to my knowledge, no.
Q. I wanted to just refresh myself, see if

Page 89

there was anything I wanted to ask you about with respect to the exhibits. Why don't I do that while I turn you over to these other two gentlemen and not waste time.
A. Sure.

EXAMINATION

BY MR. LULIC:
Q. Mr. Holden, I'm Joe Lulic. I represent Double L. I just have a couple questions for you. Back in April of 1994 at this meeting that was discussed, the original plan for these barns, or at least for some of the barns, was to have a wire floor over flat painted steel supports, correct?
A. Correct.
Q. And that plan was changed to use the plastic flooring over the flat painted steel, correct?
A. Correct.
Q. You had barns built for you in the past using flat painted steel for your support system, correct, for your floor support system, correct?
A. Correct.
Q. And the use of flat painted steel was not an issue as far as you were concerned, correct?
A. Correct.
Q. You knew that there were other forms of

Page 90

support systems, but no need to spend the money on them, because flat painted steel had worked for you in the past, correct?
A. We'd only used support systems of steel. We weren't aware of any other support systems at the time when we built these barns.
Q. I thought you had talked about an awareness of other -- of fiberglass systems while in the process of these barns being built, or at least some of them, not all of them, but some of them.
A. Later on, yeah.
Q. Right.
A. But we had like the last two, I believe, we were building, we were aware there was a fiberglass.
Q. Right.
A. But the first eight we didn't.
Q. No, and I wanted to include the whole process of these barns that we're talking about. You were aware of the fact that there may have been other things besides flat painted steel to use, correct?
MR. CROSS: Objection, form.
BY MR. LULIC:
Q. At some point in time before all these barns were built, correct?
A. At some point in time.

Page 91

Q. But you didn't see any need to use that because flat painted steel had worked for you in the past, correct?
A. **Correct.**
Q. Okay. And you had used flat painted steel in your barns for how many years?
A. **Twenty probably.**
Q. And in many instances the use of flat painted steel support system -- for the floor I'm talking about. You understand that when I'm asking these questions, I'm talking about the support system for the floor?
A. **For the most part, yeah.**
Q. Okay. You had used that, and in some cases the support system of flat painted steel would out last the barn itself; is that right?
A. **Not the barn itself, but it would out last the flooring on top, yeah. The barn would still be there.**
Q. Okay. I want to ask you briefly about the movement of the pigs and the selling of the pigs. The first barn that was redone was the Kruckeberg?
A. **Kruckeberg.**
Q. Okay. There was a point in time, or a date, whatever the exact one was, where it was decided that

Page 92

that barn would be done, correct, the flooring would be done?
A. **We'd replace the flooring?**
Q. Yeah, that's what I meant.
A. **Sure.**
Q. Okay. You recognize that, or you recall that?
A. **Yeah.**
MR. CROSS: That was not the first one.
MR. LULIC: I thought it was.
THE WITNESS: The Garness barn was the first, Kruckeberg was two.
BY MR. LULIC:
Q. I'm sorry. It doesn't matter, really, whether it's Garness or Kruckeberg. What matters is that a decision was made at some point in time to redo the barns, correct, the flooring I'm talking about?
A. **Correct.**
Q. Now, what was the basis of that date? Why was that date picked, whatever it might have been?
A. **Why was the date picked?**
Q. Yes.
A. **Number one reason was the floor was bad. We were losing pigs. You know, so we had to pick as soon**

Page 93

**as possible a date once we realized that the floor was kind of beyond repair. We tried various repair tactics and the pigs flipped up some of the tiles, they went into the water and drowned. So then we -- that was the first determinant, "How soon can we do this?" and then what product are we going to use after that, and then we went from there.**
Q. All right. Now, the first step I take it would be to remove the animals, correct?
A. **Correct.**
Q. And in the Garness barn which was the first barn, what did that barn consist of as it relates to the stock inventory or the animal inventory. What was in there?
A. **As far as --**
Q. What kind of hogs?
A. **What kind of hogs?**
Q. Yes.
A. **The breed?**
Q. Yeah. Start with the breed.
A. **They were mostly DeKalb I think.**
Q. And about how many were there, roughly?
A. **Six to seven thousand.**
Q. Now, as far as category of hog, feeder, breeder, finishing, whatever, what was in there?

Page 94

A. **They started as weaners and they ended up as feeders.**
Q. Did you have any finishers in there, any finishing hogs in there?
A. **No.**
Q. Do you know, can you break it down as to any other types of hogs that were in there?
A. **There were no other.**
Q. Okay. Now, was the growth or the progress of the hog growing, itself, considered in the timing of the Garness barn, as far as when you were removing pigs?
A. **Would you state that again?**
Q. Okay. Did it matter at what stage the hogs were in their development?
A. **Yes.**
Q. It did.
A. **(Witness nodded head in the affirmative.)**
Q. And tell me what the factors were there.
A. **We wanted to get those pigs as large as possible to move them to the finishing barns. That's the goal of any nursery. That's kind of our modus operandi of our nurseries. Get those pigs at the maximum weight in allowed time. That's basically our whole operation.**
Q. No, I --

Page 95

A. **That's what we were trying to do.**
Q. I do understand that, and I appreciate you saying that. I do understand that. But my question is as it relates to the redoing of the floor. Okay. Now, you said, "Certainly we had to get in there and do it as soon as we could," but was there also a consideration given as to the progress, the growth or development of any of those hogs?
A. **Yes.**
Q. So when you moved them to the finishing barns --
A. **Yes.**
Q. -- they were at their desired rate of growth or weight or whatever.
A. **Yes.**
Q. Okay. So they weren't moved early, the hogs in the Garness barn.
A. **By and large not. As I said to Mr. Dieseth, a couple days, maybe one or, you know, but --**
Q. You were going to move them anyway when you moved them, correct?
A. **Oh, yeah.**
Q. Okay.
A. **They were planned to be moved.**
Q. And you didn't move them one day earlier

Page 96

than you had planned to move them, correct?
A. **Correct.**
Q. All right. But you had to make room for them in one of your other finishing barns, correct, or two of your other, or three of your other, or four of your other, correct?
A. **That's correct.**
Q. Did those hogs, those pigs from the Garness farm go to one facility, two facilities, five facilities? Do you know?
A. **Well, they -- I don't know exactly how many it was, off the top of my head, but they went to at least two and possibly three.**
Q. Do you know which ones they would have gone to?
A. **Not off the top of my head, no.**
Q. And I'm going to ask you the same question about the next barn, Kruckeberg. Were any of those hogs moved early?
A. **No.**
Q. What was the third barn?
A. **Ward. Denny Ward.**
Q. Were any of those hogs moved early?
A. **No.**
Q. Were any hogs moved early, ever?

Page 97

A. **Out of the nurseries?**
Q. Yes.
A. **You know, other than a day or two here and there, but it was not really material.**
MR. LULIC: Okay. Let me take five minutes, if I could.
MR. DIESETH: Sure.
(A brief recess took place.)
MR. CROSS: Before we begin, I think Mr. Holden wants to clarify a point of his prior testimony about moving out the nurseries earlier. Why don't you do that.
BY MR. LULIC:
Q. Did you want to add something to some testimony that you had given before, sir? Just answer that question, first.
A. **Yes.**
Q. And what precipitated that, that need or desire?
A. **Well, I got confused what I was hearing from you and what I heard from Mr. Dieseth. And we were talking about selling the pigs at a lighter weight.**
Q. Just a second. Was there a conversation with anyone you had that precipitated your need to change your testimony?

Page 98

MR. CROSS: He's asking did you talk to me.
MR. LULIC: No, no, no. That's not what I'm asking. You don't interpret what I'm asking. I'll ask him a question.
MR. CROSS: Well, don't give me orders.
MR. LULIC: Well, yeah, but see, I don't understand all this, as you so pointed out Monday.
MR. CROSS: Yeah, you don't.
MR. LULIC: It's so clear and I don't understand any of this, but the witnesses do, right, because you know all about this, don't you?
MR. CROSS: Yes, I do.
MR. LULIC: Mr. Wise Guy. Is that what it is? You know all about this, because you know all of the growth rate stuff, don't you, boy?
MR. CROSS: Are you going to keep on calling me names? Is that what we're going to degenerate down to?
MR. LULIC: Well, if you keep interrupting my questions and restating them and having the witness answer them, yeah.
MR. CROSS: I haven't been interrupting your questions. I'm trying to clarify the record.
BY MR. LULIC:

Page 99

Q. Answer the last question.
MR. CROSS: I don't think you need to refer to me by things like boy and pal.
MR. LULIC: Yeah, I do, when you conduct yourself this way, I do.
MR. CROSS: Do you remember his last question?
BY MR. LULIC:
Q. Who did you talk to? Did you have a conversation with anyone about this need to clarify all your confusion?
A. Yes.
Q. Who did you talk to?
A. I talked to Dustan Cross.
Q. What did he tell you?
MR. CROSS: Well, wait a minute. That's an attorney-client privilege.
MR. LULIC: No, Rule 32, pal. You better read it.
MR. CROSS: No --
MR. SOBALVARRO: Mr. Cross, it's not.
MR. CROSS: Fine, fine. He can answer that question.
BY MR. LULIC:
Q. Go ahead. What did he tell you?

Page 100

A. He said I'm not coming across clear about the weight gain and the loss of time and the pigs. He said I better clarify it.
Q. What else did he tell you?
A. That was --
Q. You were out there for five minutes, and I witnessed him talking to you and I witnessed your conversation talking to him. Now you're telling me he said one sentence to you, sir? What did he tell you?
A. That's what he said in several different ways, but the same --
Q. I want to know everything he told you.
A. I can't remember everything.
Q. You can't remember? It happened --
A. I can't remember everything he said, sir, but I remember what we talked about. He said, "You're not coming across clear as far as your testimony as far as the loss of weight of the pigs."
Q. Did you ask him in what way?
A. Yeah, I said, "What do you mean by that?"
Q. What was his response?
A. Well, he said, "You're" -- I'm thinking about the finishing animals and selling them early. That's where the weight loss was. Because that's when we had to make room for these other pigs. And he said,

Page 101

"You know, that's -- it's not coming across clear." So he asked me to clarify it.
Q. Was there one question that I asked you that you want to change your answer to?
A. The time that -- I guess I was not clear about when the pigs were leaving the nursery, whether they were leaving early or whether they were -- I was thinking on the end of the time. I was thinking about the finishing end, because that's ultimately what we sell, not the nursery pig. We kind of accommodate everything else to sell a certain amount of pounds, and when net pounds got less -- that's what I was thinking about.
Q. What question did I ask you that you want to change your answer to?
A. About the pigs in the nursery leaving early.
Q. Now, I asked you -- I think I started incorrectly with Kruckeberg's barn being the first barn, and it was the Garness barn. But I asked you what were the considerations in deciding whether to redo the floor, and you responded that one of the considerations was the development of the growth of the pigs at that time, correct?
A. Yes, sir.
Q. And then you described to me how you do that

Page 102

and how you make a living, et cetera, et cetera, correct?
A. Yes, sir.
Q. And then I asked you if any of those pigs were moved earlier than their optimum or appropriate or desirable weight that they had reached, correct?
A. Yes, sir.
Q. And you said, "No, not materially," correct?
A. That's correct.
Q. You want to change that answer?
A. What I was thinking about there was I was thinking about when they were sold. Were those pigs in those nurseries sold at an earlier weight when they were finished. The weight not in the nursery, but when they were finished. Those we sold at the optimum -- we tried to sell those at the optimum weight, not materially different. The ones prior to that, and Mr. Dieseth was asking me which ones were sold light, those are the group right prior to that. When I went to look at the records, I was figuring out which group right before those were moved in there was sold early, and that's where the weight loss was. And that's what I was thinking about when you were talking to me, was anything materially different on that, and I said no. Those we tried to maintain the weight all the way through and

Page 103

sell them at the proper weights when they were done.
Q. Well, I'll go back and get just as clear as I can, and if you change your answers, I want to know why. We talked about the Ward barn -- i'm sorry, the Garness barn, and we talked about the Kruckeberg barn and then we talked about the Ward barn as being the one, two, three barns that were done, I think in that order as to replacement of floors, correct?
A. **Correct.**
Q. Do you want to change any of your answers there? Is that the right sequence?
A. **Did you say Garness, Kruckeberg, Ward?**
Q. Yes.
A. **That's correct.**
MR. SOBALVARRO: And specifically, you're talking about Garness-1?
MR. LULIC: Garness one, Kruckeberg two, Ward three, in that order.
MR. SOBALVARRO: No, there's two Garness barns. Garness-1 was done first, then Kruckeberg then Ward, correct?
THE WITNESS: That's correct.
MR. LULIC: All right. That's what you wanted to clarify. Great.
BY MR. LULIC:

Page 104

Q. Now, I asked you if any of those pigs were moved earlier to the finishing barns.
A. **Oh, your question -- are you done? Excuse me.**
Q. No, I'm not. And you said, no, they weren't. They were all moved when they reached whatever weight you wanted them to be at before you moved them and then you did the floors after that, correct? Now, did you want to change your answer to that question?
A. **I thought you meant, and I'm sorry if I misinterpreted you, that you meant were they sold early as far as their finishing weight, as far as their completed weight.**
Q. Let's go back, then. At some point in time you made decisions to move pigs from barns that the floors needed to be redone on, correct?
A. **Correct.**
Q. Okay. And you made your decision as to whether or not those pigs should be moved, when they should be moved, based on the need to get the floor done, correct?
A. **Correct.**
Q. And also relative to their growth, correct?
A. **Correct.**
Q. Now, as it relates to the Garness barn, was

Page 105

there one pig that was moved before it ordinarily would have been moved?
A. **At finishing or out of the nursery?**
Q. Out of the nursery.
A. **Yes.**
Q. How do you know that?
A. **We sold finishing pigs early over here to make room for them so we could do the job.**
Q. That doesn't answer my question. How do you know they weren't where you wanted them to be when you moved them?
A. **We have records as far as their weight versus their average weight of other barns.**
Q. Well, yes, but did you consult those?
A. **After the fact?**
Q. At anytime. At anytime.
A. **Sure.**
Q. So you consulted -- did you weigh all the pigs?
A. **Yes.**
Q. Before you moved them?
A. **Yes.**
Q. How do you do that?
A. **You put them on a truck, you drive them over a truck scale, you take the truck back when it's empty**

Page 106

**and then you subtract the net weight.**
Q. Why do you do that?
A. **So you know exactly how much the weight was, how much the feed conversion was, that kind of stuff.**
Q. So all of the pigs that were in the Garness-1 farm were weighed, correct?
A. **They were weighed prior to going in and when they went out, yes.**
Q. And the weight that they were when they left to go to wherever they went, and we'll talk about that, is recorded somewhere?
A. **Pardon me?**
Q. The weight that they were when they left the Garness barn is recorded somewhere?
A. **Yes.**
Q. Let me back up, then. The pigs arrive at the Garness barn at some point in time, correct?
A. **Yes.**
Q. And these certain pigs that you cleaned out or cleared out or moved before the floor was done, did you know that there was a problem with the floor yet when you moved them in?
A. **Can you clarify? Which group are you talking about?**
Q. The Garness Barn-1 pigs.

Page 107

A. The group --
Q. The group that you eventually moved.
A. Right --
Q. Right before you did the barn.
A. Did we know the floor was bad?
Q. Yes, when you moved them in.
A. You know, we were in the process of ascertaining how bad the problem was. We knew there was a problem. We didn't know if we would have to replace the whole floor or if there was a remedy we could do to fix it. We knew there was some things wrong. I don't know if I could say exactly if we knew that the floor had to be replaced at that time. Possibly that's right, but I'm not sure.
Q. And you said that the pigs went to two or three different barns, but you don't know which ones, correct?
A. Yeah, I do know.
Q. You do know now. Okay. I thought you said you didn't. Which ones?
A. I mean, I don't know now, but I could find out exactly. I mean, as far as -- you know, I can't recall it, but I could look it up. And I have looked it up.
Q. You just don't recall what it is now.

Page 108

A. Correct.
Q. Is that also on the records somewhere?
A. Yes, it is.
Q. Why would those two or three different locations have been selected?
A. Just the timing of when they would have had pigs that were close to market or market age that we felt we could get rid of.
Q. How many barns did you have with finishing pigs in them?
A. At that time?
Q. Yes. Roughly. You don't have to give me exact number.
A. Seventy-five to 100.
Q. And all of those barns had about 2,000 or so finishing pigs?
A. 2,000 or less.
Q. How many finishing pigs do you move a day selling?
A. A day?
Q. Yes.
A. 1,500 maybe.
Q. Average day?
A. Yeah.
Q. How many finishing pigs were moved out of

Page 109

the Garness barn?
A. No finishing pigs. They were feeder pigs.
Q. Okay. How many pigs, finishing pigs did you sell the day you moved Garness' pigs out?
A. Pardon me?
Q. How many finishing pigs did you sell the day you moved the Garness pigs out?
A. I don't know.
Q. How many finishing pigs did you sell the day before?
A. I don't know.
Q. The day before that? Don't know?
A. No.
Q. Do you think you sell finishing pigs every day, bring them to market?
A. Pardon me?
Q. Bring them to market, sell them.
A. Most every day, uh-huh. Every day that they're open. Holidays and weekends excluded.
Q. I meant every business day.
A. Uh-huh.
Q. At that point in time were you using a specific market?
A. At least, I think, two.
Q. Which ones?

Page 110

A. We were using Swift in Worthington and IBP in Waterloo.
Q. Did you sell directly to Swift?
A. Yes.
Q. I'm not familiar with IBP. Is that a slaughter house?
A. Yes.
Q. Packing house?
A. Yes.
Q. And did you sell directly to them, too?
A. Yes.
Q. Do you use commissioned people or hog buyers anymore like my grandpa and uncle used to be?
A. No.
Q. Do you keep records of sales during that period of time to these places?
A. Yes.
Q. Would it have been just one of those two places or both that you would have used during this period of time?
A. I believe that's right, uh-huh.
Q. In all of the facilities that you had that had finishing pigs at that point in time when you moved the pigs out of the Garness barn to wherever they went, you would have sold finishing pigs during that period of

time in any event, correct? Correct?
A. Yes.
Q. Is it your testimony that you sold more finishing pigs during this period of time than you would have ordinarily?
A. **We would have sold -- it wasn't really that determinant. It would be determinant more or less whether or not we had to make some room to put these pigs. I don't know if it was more or less relative to each individual day or not, or week or time period. I'm not quite getting what you mean by that. But I wouldn't be able to know that.**
Q. Would there be any way to determine that, whether or not you sold more or less pigs than you would have ordinarily?
A. **Yes.**
Q. How would I determine that?
A. **Well, we would just have to look at the records of the number of pigs sold at any given time.**
Q. The location where the pigs were moved to from Garness, how was it determined?
A. **The location?**
Q. Yes. And you said there were two or three, and there's records on it, but why did they need to go there or how were those locations selected?



A. **They probably had the pigs that were closest to market, or ready to go. Location could have had somewhat of a factor, if they were closer. But for the most part it would be the weight of the pig.**
Q. And would you have records to indicate whether or not those locations had been -- and I forget the term you used, I think you said topped out when you took the fattest and biggest one, 400 of the fattest and biggest ones, do you know whether or not that had already occurred at the locations these pigs went?
A. **Not without looking it up.**
Q. How are the 400 fattest pigs selected?
A. **By eye.**
Q. So you just eyeball them.
A. **Yeah.**
Q. I'm not going to go through all ten of these barns with you because it would take too long, so I'm going to ask you this question. If you can't answer it, tell me. My question is as it relates to what happened to the Garness pigs. Would your answers pretty much be the same for the Kruckeberg and Ward barns, too? Would it be pretty much the same?
A. **Yes, sir, that's correct.**
Q. Okay. If we get to the other barns where you reused the Maxima flooring --



A. Yes.
Q. -- my impression is that, and you tell me if I'm right, that the condition of those floors was not as serious, dire, bad, it wasn't as badly deteriorated as in the Kruckeberg, Garness, Ward floors that were replaced; is that correct?
A. **You'd be absolutely correct.**
Q. So as to those locations, was there consideration given to, you know, the need to get in there or they would all die type thing? Was it just done in time as best it could be done from a business standpoint?
A. **Which barns are you talking about right now?**
Q. I'm not -- if there are seven of them or if there's five of them, and I don't have their names memorized, but the barns where the floor had not yet gotten to a state where it was badly deteriorated so that the need to get in there and get them done was not immediate, even though eventually it would have had to have been done. Do you understand what I'm talking about?
A. **Yeah, vaguely.**
Q. Okay. In those barns, however many there were.
MR. DIESETH: There were five.



BY MR. LULIC:
Q. Okay. However many there were, what drove the decision to move the pigs?
A. **Well, we made the decision similar to the first five. We decided that we should get it done. To save the tiles, to get it done. We better move the pigs out early and make room for them, whatever. So we made the decision basically the same thing, but we were going to try to save as much flooring as possible. Is that what you're getting at?**
Q. Yes, but you used the word "early" on me again, and what I'm trying to get at is whether or not you moved them early or you moved them -- or were you able to move them when you would have moved them anyway because the floor was in that bad a shape. That's what I'm asking you, and in plain English. Or if you didn't move them early, then you've got to tell me why.
A. **Well, we only had a given amount of finishing space, and we had to move the finishing pigs out early to make room for the feeder pigs.**
Q. But Mr. Holden, you do that for a living. Every so often you take all of the pigs and you move them out of the barn and you move them to some other location and you sell pigs to make room for them. That is what you do for a living, correct?

Page 115

A. Right.
Q. Okay. I mean, it's not rocket science, I understand that.
A. No.
Q. But you keep telling me, or you use the words like "we moved them early" or "this thing was done before we would have done it, because the floor" -- was there a need to move them "early" from these locations because of the floor, and we can talk about five or seven or six, however many there were, where the floor was not in dire need of replacement because it had not deteriorated to the point where the first three had.
MR. CROSS: Object to the form.
THE WITNESS: Well, it's speculation. We just wanted to avert the problem. We just wanted to get it done before there was a problem and we just said let's get it done. If your question is could we have waited a couple more years? Is that what your question is?
BY MR. LULIC:
Q. The hogs aren't there for --
A. **No, to replace the floor.**
Q. No, that's not my question.
A. **I misunderstood you, then.**
Q. Let me ask you the question this way. What

Page 116

is the name of the facility where the floor was put back?
MR. DIESETH: Garness-2.
BY MR. LULIC:
Q. All right. We'll use Garness-2 as an example where, basically, the floor was reused, the plastic floor was put down over a different support system. Okay? The pigs that were moved out of there before the floor was redone would have been moved anyway, correct?
A. Yes.
Q. They're not going to stay there forever.
A. **No, they're not going to stay there --**
Q. And they all come in about the same time and they all leave about the same time?
A. **These here had to be moved out early because we had to move the finishing pigs out early to make room to get the job done. The pigs that were --**
Q. Wait, wait. That doesn't make any sense to me. You move the finishing pigs out to make room for the nursery pigs, correct?
A. Yep.
Q. But you just told me you were moving nursery pigs out because the finishing pigs had to be moved out early. I'm not understanding that, sir.

Page 117

A. **It's a chain reaction. If you want to get something accomplished, you know, as far as down the line a ways, you have to make accommodations for it, you know, in your later production, your older pigs. If you want to change something down here, whether you're going to shut a farm down or do some repairs or something, you have to make some accommodations. It's like squeezing a balloon. They've got to go someplace.**
Q. Let me ask you this question, and maybe this is where we're not communicating. I'm not an expert in your industry and you are. Maybe it's a chicken-egg question, but forget the floor.
A. **Forget the floor.**
Q. The floor is in absolutely perfect condition, no concern about it at all. Okay? And you wake up Monday morning, okay. What do you do first? Sell finishing pigs or move nursery pigs? What is the first step in the shuffle, in the musical chairs that goes on, in order for you to make a profit, earn a living?
MR. CROSS: Object to the form.
THE WITNESS: The first thing you do that drives the whole deal is how many pigs are going to be farrowed out of the sows. They have to be -- there's so many pigs, if you have so many pigs that you

Page 118

have to get out of the sows that you've got into the nursery, you've got to get them off the sow at a certain time, and that really is what drives the whole deal.
BY MR. LULIC:
Q. The baby pigs?
A. **The mother sow and the baby pigs, yeah.**
Q. All right. And that could cause -- if you have too many of those, okay, or some number of those that you need to move into a nursery, that would cause you to move the older nursery pigs into the finishing barns and the finishing barn pigs out, correct?
A. **Correct.**
Q. If you had to do that a little early, then you don't make as much money as you might make; is that correct?
A. **No, you're actually better off the more pigs you've got.**
Q. I'm sorry?
A. **Well, you have a choice. You can sell a 500 pound pig or, you know, three 300 pound pigs. And it's better to sell three 300 pound pigs. Is that your question?**
Q. No, but that's good.
A. **If your mother sows, you're getting 25 pigs per sow, you're going to be successful.**

Q. Okay. Let's try to get back. Does it work this way? I've got some pigs I've got to get into the nursery. Okay?
A. **You got to get in the nursery.**
Q. Got to get them in there. I've got to make room for them by taking nursery pigs and putting them in feeder barns or finishing barns, correct?
A. **Sure.**
Q. And the only way I can do that is by taking pigs out of the finishing barns, right? And the only thing I do with that pig from the finishing barn is I sell it to market, correct? Is that correct?
A. **That's correct.**
Q. How were you able to distinguish from looking at your records between those hogs that were sold under those circumstances and the ones that were sold under circumstances where you supposedly had to make room for them because you were doing the floor?
A. **Well, I explained that to Mr. Dieseth. I just -- the pigs that come out of, say, Garness-1. We'll use that example.**
Q. Go ahead.
A. **-- will go to grower number one, grower number two, grower number three or grower number four.**
Q. We don't know which ones, but that's where



they went.
A. **We do know. We have a record of it.**
Q. We just don't know right now.
A. **Right. But I could show you where they exactly went. What I did there was I would take which pigs were sold out of grower one, grower two grower three, grower four, sold to make room for those pigs. What those pigs actually weighed versus what their average was, and this is what I talked to Mr. Dieseth about when he was asking about that. That's simply as easy as I can explain it to you is that those pigs that were sold, they had a little lower weight. We had to get a hole in here to fix this nursery. We had to have some time to do it, two to two-and-a-half weeks. We needed to get that time. The way we got it was on the far end, the finishing pigs. We had to get rid of those early.**
Q. But you also told me that you based your decision on where those hogs would go, from Garness-1 or wherever, on how fat the pigs were at the finishing barns, correct?
A. **Sure.**
Q. Now, I'm going to ask you about this. Whenever that occurred, whenever the finishing pigs were sold to make room for the Garness barn nursery pigs,



okay, whenever they were sold, did you look back and see what the market price was of those pigs per pound? Obviously, I know you don't sell them by the pig.
A. **On the example of the first three nurseries we did when my brother prepared this document, and he used -- I think he used 38 cents a pound market price.**
Q. See, that was an October 21, 1999 date that was just taken at random because we don't know how many pigs were sold on that day. Let me ask you this question. Can you identify a date, by using your records, as to when the grower number one, grow number two, grower number three finishing pigs were sold to make room for the Garness, Ward or Kruckeberg nursery pigs?
A. **On our close-out information, we'll have a start and stop date. So, say they started October 5th and that was the top load, and then we ended on October 15th. So we'd have those dates in there. But I wouldn't have if there were some sold in between, every day what it was. But I'd have kind of a start-stop date. Which would be, I mean --**
Q. But the numbers wouldn't match up, would they?
A. **What's that?**
Q. The numbers wouldn't match up.



A. **Oh, yeah.**
Q. They would?
A. **You'd be off maybe a little bit, but you're going to be right in that range, because the market, you take a ten day October market, unless something disastrous happened, it's going to be within a few cents.**
Q. No, no. I'm not talking about the market. I'm talking about the number of pigs.
A. **The numbers of pigs sold each day?**
Q. Yes.
A. **Yeah, I probably couldn't even figure that out, how many were sold each of those days. Some were sold on the 5th, some were sold on the 8th, some were sold -- is that what you're getting at?**
Q. Yes.
A. **No, I couldn't do that.**
Q. As far as just, say, grower number one goes, how do we know which pigs he sold which day to make room for, say, the Garness nursery pigs and which pigs he would have sold anyway?
A. **Anyway?**
Q. Yes.
A. **He would have sold them anyway, but we just sold them early.**

Page 123

Q. No, no, no.
A. You like that "early," don't you?
Q. Yeah, it doesn't -- I mean, how often does a grower sell pigs?
A. He gets about two-and-a-half turns a year, so he's selling two-and-a-half times a year and he's selling over a two-week period of time, maybe three or four days during that two-and-a-half week period of time.
MR. KENT HOLDEN: Can I interject?
MR. CROSS: No.
BY MR. LULIC:
Q. I want to get back to the five or so barns. There was no real urgent need to redo the floors when you did them, but you needed to get them done, okay?
A. Yes.
Q. Again, at some point in time, all of the pigs are going to get shipped out of there at the same time to finishing barns, correct, and that's going to happen, correct?
A. They'll be shipped out.
Q. Right. Redo the floor or not redo the floor, right; is that correct?
A. That's correct.
Q. Okay. Now, do you have any information or

Page 124

any records that would indicate that on those barns those pigs were moved out before they would have been moved out anyway? And if so, why?
A. On the last five barns?
Q. Yes.
A. The reason why they would be moved out early, we can look up the records what days they were moved out. I believe we still have those. How many days early it was, we could figure that out. And the reason they were moved out early was to make a hole, I mean a space in time so we could replace the floor.
Q. But why move them early? Why not wait to do the floor until the pigs are ready to go anyway? That's my question.
MR. CROSS: Object to the form.
THE WITNESS: Well, because, it's not just an isolated operation, the nursery. There's many other pigs coming.
BY MR. LULIC:
Q. I understand that, sir. But you're going to move them out anyway, correct? Right?
A. Uh-huh.
Q. Do you have a normal procedure, during this process that we've been discussing, whereby barns will empty from time to time and you'll clean them out before

Page 125

the next pigs come in?
A. Yes.
Q. And the cleaning process that is undergone, or undertaken is probably a better word, is that the same as you just described that you did relative to the preparation work for the replacement of the floor?
A. Similar.
Q. How often would you do that, the clean-out process?
A. Those nurseries are turned at least six to six-and-a-half times a year.
Q. So would it be every time?
A. Yes, sir.
Q. So every two months or thereabouts.
A. Uh-huh.
Q. Is that right?
A. Yeah. I'm not thinking months so much, but, yeah, six-and-a-half times a year they would be. Yeah, every couple months, a little less than that.
MR. LULIC: Okay. That's all I have.
EXAMINATION
BY MR. SOBALVARRO:
Q. Just a few, Mr. Holden. My name is Rich Sobalvarro. I represent BCM. I just want to make sure we have a couple things on the record. Prior to the

Page 126

signing of the contracts with Hog Slat and beginning construction of the first barns, you had no contact with anyone from BCM, correct?
A. No.
Q. And you didn't receive any literature directly from BCM.
A. No.
Q. Your only contact, in fact, about the flooring was the April 1994 meeting that we talked about.
A. That was our first contact.
Q. And that was your only contact about the flooring itself before you signed the contracts, correct?
A. Yes.
Q. You talked about this conversation with -- I'm not going to get the name right -- I think you said Swanson, about using fiberglass beams.
A. Randy Swanson.
Q. Randy Swanson. And if I generally describe the conversation, and you can correct me if I goof it up too much, but as I understand it, you said, "Look, we've got a budget for these barns being constructed. That's not in the budget because of the extra expense"; is that correct?

Page 127

A. That's correct.
Q. Is it fair to say that had the extra expense been discussed and presented at the April '94 meeting, the decision to go ahead with plain steel would have been the same?
A. Would you restate that?
Q. Sure. If in that April meeting they would have talked about the extra expense of using fiberglass --
A. April of '94?
Q. Yes. Would you still have gone ahead and used the plain steel beams?
A. Well, it's totally hypothetical. I have no idea.
Q. Sure. But you had your budget set for the barns before that April '94 meeting because you had the contracts speced out and everything; is that correct?
A. (Witness nodded his head in the affirmative.)
Q. Is that a yes, for her?
A. Restate that again.
Q. Sure. Prior to the April '94 meeting, and based on your testimony and your brother's, as I understand it, you had the contracts speced out and you knew what these ten barns were going to be, how they

Page 128

were going to be built, what was going to be in them. You certainly had a budget set up at that point in time of, "This is what the construction is going to cost," correct?
A. Correct.
Q. So you would have had similar concerns about the cost of fiberglass beams at the April '94 meeting as you did when you spoke with Mr. Swanson two-and-a-half, three years later, correct?
A. Well, the thing is, we had no knowledge of fiberglass. It wasn't even -- you're asking me to look back on it now. If you look now, yeah, I would. You know, we would have done a lot of stuff different.
Q. I guess my question is, we -- wouldn't we all?
A. Well, yeah, I'm with you on that one.
Q. Well, what I'm getting at is we know you look at Mr. Swanson and say, "The extra cost just doesn't fit into the budget." We know that based on your past testimony. What I'm asking you is would the same analysis have applied at the April '94 meeting had anyone in the room said, Mr. Kasper, your brother, anyone said, you know, "What's the cost of fiberglass? What are we looking at?" Same determination?
MR. CROSS: Objection.

Page 129

THE WITNESS: Yeah, the thing is, if we knew all the stuff we know right now and knew the beams would have to be replaced, I would have bought the fiberglass beams and paid three times the money. If that's your question. But I had no knowledge. I mean, you're asking me something totally hypothetical.
BY MR. SOBALVARRO:
Q. I understand that. I'm just trying to get a feeling. It sounds to me, based on your discussion with Mr. Swanson, that cost was a major influence; is that correct?
A. I just -- the point was, Mr. Swanson is kind of a Cadillac kind of guy. You know what I mean? If you get to a job with a Ford, he drives a Cadillac. You know, he wants everything just, you know, spend a little more and get it right. So my message to him, not only on this but on other aspects of his barn, was, you know, this is what our budget is, this is what we've got to do. If you want to do something different than that, you'll have to figure out how to pay for it. You know what I mean?
I wasn't trying to negate him or hammer him down or anything like that. I just said, "You know, you want to do everything to the maximum as far as this, but we have a contract that's going to pay you certain

Page 130

amount of dollars, return so much. If you pay more than that, you'll have to refinance or get more money and pay it back." That was what I meant by that. I wasn't saying he couldn't do it or whatever.
Q. I understand that. But what I'm getting at is if Wendell Burge would have stood in that April '94 meeting and said to you, "By the way, these have to go on fiberglass supports and the cost of that is a third more," or whatever it is, I pulled a third out of the air, "more than steel support beams," what would you have thought?
MR. CROSS: Objection, speculation.
THE WITNESS: We would have had to look at the whole deal, then. If he would have said they had to go on that, if your choice was that or steel, with steel supports, the wire mesh, we would have looked -- we would have weighed the cost difference of that and how much it would have cost more versus how long it would last, yes.
BY MR. SOBALVARRO:
Q. I showed your brother a letter yesterday that was directed to you from Southwest Agri-Plastics. It's Exhibit No. 86.
A. Yes. I read this.
Q. Okay. First question, are you familiar with

Page 131

the Southwest Agri-Plastics product that they're referring to?
A. Yes.
Q. Is it generally similar to the Maxima product, in your opinion?
MR. CROSS: Objection, foundation.
THE WITNESS: It's similar as far as I know, as far as the plastic, but I'm not an expert at all.
BY MR. SOBALVARRO:
Q. Does it fit over a beam the same as the Maxima?
A. **I'm not sure on that, no.**
Q. Looking at the bottom, it says, "P.S. I have included a price per barn from the dimensions given me by Dennis Kofstad." Mr. Kofstad, in fact, went with the Southwest Agri-Plastics flooring, correct?
A. **Correct.**
Q. So using that maybe as a point in time or a landmark, so to speak, can you tell me, was there a time when you were -- by "you," I mean Holden Farms, Inc., when you, as a business, were considering switching all of the barns over to Southwest Agri-Plastics?
A. **This fellow on here, Michael McGregor, was contacted by Mr. Kofstad independent of myself and he**

Page 132

**started a dialog with him. And then he wasn't the only one. I know there was other people that knew we had this problem with the nursery floors and were trying to get their foot in the door and see if they could get some business out of it. But to answer your question, were we considering switching all our barns to this? No, we weren't.**
Q. If you look at the third paragraph down, it reads, "While our floor works well on quarter-inch steel rails," when you read that, did that trigger anything in your mind?
A. **Well, yeah. I didn't want any part of it after what we had seen.**
Q. And that letter is dated November 16, 1999?
A. **Right.**
Q. So some five years plus after you start the process of building these ten nurseries, correct?
A. **Well, not only that, we already replaced three floors.**
Q. That was my next question. So that is correct, five-and-a-half years later Southwest Agri-Plastics is still telling you they work well on quarter-inch steel rails.
A. **Right.**
Q. You said you weren't really considering

Page 133

changing to Southwest Agri-Plastics, you're going to go ahead and reuse the Maxima flooring, correct? I mean, at this point, you're in the process of the five barns where you pick up the Maxima, you replace broken pieces, I think you said for breakage and whatnot, and you put the Maxima back down, right?
A. **No. We had replaced the floor and the beams in total on the first three barns at the time this letter was written.**
Q. So you said you weren't considering switching the floor to Southwest Agri-Plastics, right?
A. **Not seriously, no.**
Q. Other than the beams, did you have any real concerns about the BCM plastic flooring itself?
A. **At the time when we first started, we weren't sure what the problem was, and then as we got -- as we went more along, we figured that the problem wasn't necessarily the plastic or the metal, it was the way they were put together and the way they were clipped onto the beam, and we figured that that -- and I think that's kind of proven out, because even as we speak, we've replaced all -- we've kept the flooring that was good and snapped it onto the rail, and we also have metal that's worked just as well for us, but in different applications. It was the way they were put**

Page 134

**together, the application, the snapping of the --**
Q. So, in essence, there's nothing wrong with the actual piece of flooring. It's when you mount the piece of flooring onto the plain steel is what caused your problems. Is that what you're --
A. **The way it was mounted, right. Our speculation was that they were just riding on top. It could move back and forth. If it was not clamped down with the little tabs, it would have lasted a lot longer. That's where that rust got started and spread those tabs, and once those tabs spread, the floor would pop. It had to give someplace.**
Q. I noticed in one interrogatory about other barns, one of the barns that Mr. Kasper operated, and I can certainly ask him questions, it was built in '91 or '92, and I think you referred to that barn as having had fiberglass beams under the flooring. Do you recall when Mr. Kasper started using that barn in Holdens' production cycle?
A. **I think he bought that approximately in 1995.**
Q. So about a year after you started constructing these ten nurseries.
A. **Right. I'm not exactly sure on the date, but I think he bought it in '95 or '96.**

Q. I can ask Mr. Kasper. I'm hoping he'll remember. You indicated that as you started to do the replacement work for the replacement of beams, a crew of just Holden people would come in and you'd put stainless steel supports in.
A. **On the end walls, on the very first row.**
Q. Under stainless steel, what? I'm not following what you mean.
A. **There's a cement wall on the end of the barn and you have to start your first row -- you have to set it on something, and we wanted to, instead of just having just a steel strap there that would be -- or a fiberglass strap, the second time we did the barns, we decided to set it on a stainless steel that had some give to it. And then it was actually a stainless steel angle iron -- I didn't say that -- it was an angle iron that rode on top.**
Q. Rode on top of the cement end wall?
A. **It was attached to the side of the cement end wall and then the beam would be on top of the angle iron.**
Q. So that the beam would -- okay. So the fiberglass beam would sit on top of the angle iron.
A. **Yes.**
Q. So you put in a stainless steel support, put



the fiberglass beam on top of it and then started laying the floor?
A. **That's correct.**
Q. And obviously, you would use stainless steel because it doesn't rust.
A. **Yep.**
Q. At the time that you met with Double L, Norb Borcherding and Wendell Burge in April of '94, was that the first time you had ever heard of plastic flooring for the hog industry?
A. **Yes.**
Q. You had never seen it at a trade show, never heard of it, never seen an ad for it?
A. **I don't go to trade shows. No.**
Q. So you had no prior knowledge that plastic floors for nursery barns even existed.
A. **No.**
MR. SOBALVARRO: That's all I have.

EXAMINATION

BY MR. DIESETH:
Q. Very short. We can do this before lunch. Can you turn to Exhibit No. 83? This is plaintiffs' answers to Hog Slat's interrogatories. I just have one question about it. If you could turn to page five. The very first answer on that page begins with the sentence,



"Barry Holden recalls a Hog Slat representative admitting that the beams supporting the Filter-Eeze flooring were the cause of problems observed in the nurseries." You see that?
A. **Uh-huh. Yes, I do.**
Q. Do you recall such conversation?
A. **Yes.**
Q. Who was it with?
A. **That was with Wendell Burge.**
Q. And it was after you had first observed the flooring was buckling?
A. **Right. It would be approximately July of '99. It was right when he made that presentation as far as cost as Exhibit No. 82, I believe, or something like that, and we had a meeting.**
Q. And what did he say?
A. **That the beams were rusting, that they were mushrooming out spreading the tabs.**
Q. Anything else you recall him saying about that?
A. **"That's the way it is."**
Q. That's about it?
A. **Yeah.**
Q. You can put that away. You talked about the close-out sheets. You know, we've talked about that on



several occasions here today. Are those labeled "close-out sheets"? I mean, if I were to go looking at your documents and I said, "Gee, I'd like to take a look at those," would they have a label on them?
A. **They're labeled by grower.**
Q. What does the format look like?
A. **There's grower, the week that they were placed in the finishing barn. There's identification as far as date by week.**
Q. So there is data --
A. **And year, of course. So it's like, just use an example, but like Ward 3901 or something. So it would be placed on the 39th week of 2001.**
Q. And then the document would show the weight of the pigs as they were sold, or what would it show?
A. **It would show just the total. It would show the total number of pigs sold, it would show the total number of pounds sold. It would show the total number of feed pounds, it would show the total number of the weight in, the feeder pig weight, the weight in. When they go in the finishing barn, they're all weighed as well. That's where we get the weights for the nursery barns as well, and then they're weighed -- each individual pig is weighed, of course, when it's slaughtered, and then all those weights are added up**

onto the sheet, the close-out sheet.
Q. How many pages for each close-out sheet document, approximately?
A. The total is one page.
Q. So it would be one page. Would there be any backup with it?
A. Right. We have a backup file that I think we keep for three years.
Q. Did you produce that?
A. Produce --
Q. In this case, did you collect it, copy it, give it to your lawyer so that it could be produced to the defendants?
A. I took a representative sample, I think, relating to the first three, just the close-out sheets.
Q. But the question, and I understand that, but the question was, did you produce the backup as well? Did you make a copy, not only of those initial summary pages, but also the backup?
A. No, I didn't. That's a lot. The file on each herd is really thick. The close-out sheets, sometimes there would only be a few on each one. It really adds up to a ton of paperwork.
Q. And do the words "close-out sheet" appear anywhere on that single summary page?



A. I don't know if close-out is on there or not.
Q. And the final series of questions, and revisiting some questions that Mr. Lulic asked you, and I'm not going to repeat them, but let me ask you this. When is the decision made as to which finishing barn the nursery pigs were going to go to? Is it made just shortly before those pigs are taken out of the barn or is it made months in advance?
A. Not months, but it would be weeks.
Q. And is the decision based upon you generally looking at when those nursery pigs would be coming out of that nursery barn and then trying to estimate out which finishing barn would have the pigs that would be closest to what you would consider to be the market weight or the desirable weight?
A. Yeah. I think they look even more heavily on the finishing pigs, giving them the proper weight, and that's really the determining amount, you know, and then they have to look at all of the factors. They can't ignore that there's this many pigs or this many pigs, but we do have -- we're producing a living species. There are peaks and valleys and there are more and less, and then pigs gain more and they gain less. We have contracts we have to fill, and there's a lot of



different factors.
Q. So the average weight varies from time to time on each finishing barn?
A. It does. We try to -- it varies more by seasonal. If it gets too hot or something like that, it will drop, and then new crop corn and stuff like that, they'll gain real quickly.
Q. So just to make sure I understand, you said that -- I think you said that the most important factor is the weight of the pigs in the finishing barn?
A. I think that's what they would determine first. At least that's what my brother would determine first. He wants so many pounds, but then the production guys are bound by how many pigs are coming at them from the backside.
Q. From the farrowing?
A. Yeah, originally from the farrowing. They'd have to go into the nursery and then they have joint meetings, the nursery and the finishing, to make sure that they have the room, the space available for the younger species, regardless. I mean, they'll look at the finishing weight. If they can only determine by the finishing weight, everything else falls in place, that's the number one determinant. If there's not enough space, if they're jammed up or there's too many pigs



that farrowed, they have to move them out. They have to move them out.
MR. DIESETH: All right. I don't have any other questions.

EXAMINATION

BY MR. LULIC:
Q. Just one clarification. Let's say there's a farrowing location that has, pick a number, 50 pigs that have to get out of there. Okay?
A. Sure.
Q. Can you just move those 50 pigs into the nursery at any given point in time?
A. Can you or --
Q. Yes.
A. -- are you able to?
Q. Well, no. I mean, yeah, you can pile them on top of one another, they'll die. I know. But is it reasonable to go ahead and do something like that, regardless of how much space there is?
A. We have certain standards we like to follow. What you're getting at is the weaning age.
Q. Yes.
A. The weaning age is when you remove them from the sow, and there's some flexibility in that, but we like to stay at a certain -- we think there's an optimum

Page 143

weaning age, so then we try to stay within that range.
Q. Let's say you're over the range, you've got to get those 50 pigs to a nursery barn.
A. Okay.
Q. Because of disease, do you have to clean out a nursery barn or can you add them?
A. No, they'll be cleaned out and then they'll be --
Q. Do you make decisions from time to time -- do you ever destroy pigs rather than do that?
A. No.
Q. Why not?
A. Well, that's what you work for, to have live pigs. It kind of goes against the --
Q. Okay. All right. So you would not destroy weaning pigs, because to move them into a nursery would cause you to have to move all of the nursery pigs out and which would also cause you to sell the finishing pigs. You wouldn't do that.
A. No.
Q. Even if it would be costly to you.
A. The choice would be that they would find some finishing pigs that they thought could meet the weight range and get rid of them to make room down the line. That would be choice number one. I mean,

Page 144

everybody -- I don't think they would make another choice other than that.
Q. From a business standpoint, you would never make the kind of choice that I hypothesized. Yes?
A. It's not like the chicken business, no. They can destroy them and it doesn't matter too much.
Q. Because you always have enough finishing pigs you can move at a price that is in the range where you would want to move them anyway; is that correct?
A. Well, the finishing pig is a salable item as long as it's over 230 pounds. We try to sell them at 280, but as long as they're in the low 200s, you're going to get some money for them, you're going to capitalize some with the work you've done. So that's what you sell. You wouldn't try to get rid of something else.
MR. LULIC: Okay. Thank you.
THE WITNESS: You're welcome.
MR. DIESETH: Thank you very much.
MR. CROSS: We'll read and sign.

Page 145

STATE OF MINNESOTA )
)
COUNTY OF BLUE EARTH)

BE IT KNOWN that, I took the foregoing deposition of BARRY HOLDEN, pursuant to Notice;

That I was then and there a notary public in and for the County of Blue Earth, State of Minnesota;

That said witness before testifying was duly sworn to tell the truth, the whole truth, and nothing but the truth relative to the cause specified in the Notice;

That the witness did not waive the reading and signing of said deposition;

That I am neither attorney nor counsel for, not related to or employed by any of the parties to the action in which this deposition is taken and, further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto or financially interested in the action;

That the testimony was taken down in stenotype by me; then reduced to typewriting under my direction by means of computer-aided transcription, and is a true and correct transcript of my stenotype notes.

Witness my hand and seal this 3rd day of August, 2001.

_______________________
MARTHA M. RIVARD

Page 146