EXHIBIT
Borchuding
#10

EXHIBIT
E

EXHIBIT A

# Filter-Eeze®

## Limited Warranty

BCM Manufacturing Ltd. (BCM) warrants its thermoplastic flooring products to be free of defects in material or faulty workmanship for 5 (five) years from the date of purchase to the original purchaser. In order for this warranty to be valid the flooring must be installed in accordance with our instructions. This warranty shall be invalid on slats that are not supported correctly. Each flooring product is designed for a certain stage of hog production, therefore if it is not used for the correct size of animal as intended, this warranty shall be completely null and void. Normal wear is not covered under this warranty.

In the event of a defect being discovered in the product, the customer must return the piece(s) of flooring , freight prepaid, to the manufacturer for examination. If the manufacturer is satisfied after the inspection that the failure was do to defective raw material or faulty workmanship then the manufacturer shall repair or replace the piece(s) free of charge. This warranty is limited to the replacement of the defective part(s) and any cost for freight or installation of either the original part(s) or the replacement part(s) shall be the responsibility of the purchaser.

This warranty does not extend to any product which in the sole and arbitrary opinion of the Supplier shall have been repaired, altered, neglected or used in any way as to adversely affect its stability or reliability. The foregoing warranty is in lieu of and excludes all other warranties and conditions expressed or implied whether under common law, statute or otherwise, and every form of liability for loss or damage to animals or persons, direct or consequential, or for any accident or economic loss resulting from defective material, faulty workmanship or otherwise, is expressly excluded.

Filter-Eeze is a registered trade mark of BCM Manufacturing Ltd.

BCM MANUFACTURING LTD.

1912 - 10th Avenue SW
Calgary - Alberta
Canada - T3C 0J8

Telephone (403) 244-3077
Telex 03-821377

## 5 YEAR WARRANTY

***************

WE ARE PREPARED TO GUARANTEE THAT OUR HOG FLOORING WON'T WEAR OUT FOR A PERIOD OF FIVE (5) YEARS AND ARE CONFIDENT THAT IT WILL LAST MUCH LONGER.

WE GUARANTEE THAT THIS FLOORING WILL NOT FAIL BY REASON OF STRUCTURAL DEFECTS OR FAULTY WORKMANSHIP, NOR WILL THE ANTI-SKID RIDGES WEAR OUT FOR A FULL FIVE (5) YEARS AFTER THE DATE OF PURCHASE. NATURALLY, OUR WARRANTY DEPENDS UPON THE INSTALLATION BEING PROPERLY CARRIED OUT IN ACCORDANCE WITH OUR INSTRUCTIONS AND THAT IS A CONDITION OF IT. WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE WHICH OCCURS BY REASON OF IMPROPER INSTALLATION OR FOR ANY OTHER REASON BEYOND OUR CONTROL SUCH AS FIRE, ACTS OF GOD, MISUSE, OR ABUSE.

SHOULD THERE BE A CLAIM UNDER THIS WARRANTY, THE DEFECTIVE COMPONENT MUST BE RETURNED TO THE DEALER FROM WHOM YOU PURCHASED IT TOGETHER WITH PROOF OF PURCHASE. IF THE FLOORING UPON THE INSPECTION BY OUR DEALER PROVES TO BE NOT AS WARRANTED, AN ADJUSTMENT TO THE ORIGINAL OWNER WILL BE MADE IMMEDIATELY CONSISTING OF A REPLACEMENT OF THE COMPONENT PART.

OUR WARRANTY IS LIMITED ONLY TO THE REPLACEMENT OF THE COMPONENT PART AND ANY COSTS WITH RESPECT TO THE INSTALLATION OF EITHER THE ORIGINAL OR THE REPLACEMENT COMPONENT SHALL BE BORNE BY THE PURCHASER. THE COMPANY SHALL NOT BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES WHICH MIGHT ARISE AS A RESULT OF FAILURE OF THE COMPONENT PART.

OUR WARRANTY IS EXACTLY AS STATED ABOVE AND EXCLUDES ANY OTHER WARRANTY, GUARANTEE, REPRESENTATION EITHER EXPRESS OR IMPLIED BY OPERATION OF LAW OR OTHERWISE, INCLUDING ANY WARRANTY OF MECHANTABILITY AND FITNESS FOR PURPOSE. SINCE OUR WARRANTY IS ONLY AVAILABLE TO THE ORIGINAL OWNER, IT CANNOT BE ASSIGNED. THIS WARRANTY EXCLUDES "FILTER EEZE" 1430 - KNOWN AS THE "HALF SLAT."

# Filter-Eeze Warranty



Manufacturer guarantees that this flooring will not fail by reason of structural defects of faulty workmanship for a full ten years from date of purchase. The warranty depends strictly on installation being properly carried out in accordance with instructions. The warranty is not valid on slats that are not correctly supported.

Manufacturer will not be responsible for loss or damage which occurs by reason of improper installation or for any other reason beyond their control, such as fire, acts of God, misuse or abuse. The warranty is limited only to the replacement of the component part, and any costs with respect to the installation of either the original or the replacement component shall be borne by the purchaser. The company shall not be liable for consequential or incidental damages which might arise as a result of failure of the component part. The warranty is exactly as stated above, and excludes any other warranty, guarantee, or representation either expressed or implied.

The warranty is available only to the original owner, and it cannot be assigned. All warranty flooring must be returned to Double L Group, Ltd.. All freight expenses for the return and replacement of damaged flooring will be borne by the customer. Each slat is marked with date of manufacture.

DOUBLE L GROUP LTD.
107 N Page Street, PO Box L
Monona, IA 52159
Ph. 319-539-4698 • Fx. 319-539-4710
US 800-553-4102

BCM MANUFACTURING LTD.
1912 - 10th Avenue S.W.
Calgary Alberta
Canada - T3C 0J5
Telephone (403) 244-3077
Telex 03-821760

# 5 YEAR WARRANTY

*****************

WE ARE PREPARED TO GUARANTEE THAT OUR HOG FLOORING WON'T WEAR OUT FOR A PERIOD OF FIVE (5) YEARS AND ARE CONFIDENT THAT IT WILL LAST MUCH LONGER.

WE GUARANTEE THAT THIS FLOORING WILL NOT FALL BY REASON OF STRUCTURAL DEFECTS OR FAULTY WORKMANSHIP, NOR WILL THE ANTI-SKID RIDGES WEAR OUT FOR A FULL FIVE (5) YEARS AFTER THE DATE OF PURCHASE. NATURALLY, OUR WARRANTY DEPENDS UPON THE INSTALLATION BEING PROPERLY CARRIED OUT IN ACCORDANCE WITH OUR INSTRUCTIONS AND THAT IS A CONDITION OF IT. WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE WHICH OCCURS BY REASON OF IMPROPER INSTALLATION OR FOR ANY OTHER REASON BEYOND OUR CONTROL SUCH AS FIRE, ACTS OF GOD, MISUSE OR ABUSE.

SHOULD THERE BE A CLAIM UNDER THIS WARRANTY, THE DEFECTIVE COMPONEN MUST BE RETURNED TO THE DEALER FROM WHOM YOU PURCHASED IT TOGETHER WITH PROOF OF PURCHASE. IF THE FLOORING UPON THE INSPECTION BY OUR DEALER PROVES TO BE NOT AS WARRANTED, AN ADJUSTMENT TO THE ORIGINAL OWNER WILL BE MADE IMMEDIATELY CONSISTING OF A REPLACEMENT OF THE COMPONENT PART.

OUR WARRANTY IS LIMITED ONLY TO THE REPLACEMENT OF THE COMPONENT PART AND ANY COSTS WITH RESPECT TO THE INSTALLATION OF EITHER THE ORIGINAL OR THE REPLACEMENT COMPONENT SHALL BE BORNE BY THE PURCHASER. THE COMPANY SHALL NOT BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES WHICH MIGHT ARISE AS A RESULT OF FAILURE OF THE COMPONENT PART.

OUR WARRANTY IS EXACTLY AS STATED ABOVE AND EXCLUDES ANY OTHER WARRANTY, GUARANTEE, REPRESENTATION EITHER EXPRESS OR IMPLIED BY OPERATION OF LAW OR OTHERWISE, INCLUDING ANY WARRANTY OF MECHANTABILITY AND FITNESS FOR PURPOSE. SINCE OUR WARRANTY IS ONLY AVAILABLE TO THE ORIGINAL OWNER, IT CANNOT BE ASSIGNED.

BCM MANUFACTURING, LTD.
Manufacturer of Filter-Eeze Flooring

DOUBLE L GROUP LTD
Better Solutions Through Research
Distributor of Filter-Eeze Flooring

March 1, 2000

Dear Valued Customer:

Double L Group, Ltd. and BCM Manufacturing, Ltd. of Canada have been leaders in the flooring industry for over twenty years. BCM, the foremost innovator in plastic animal flooring, started manufacturing Filter-Eeze in the seventies. Filter-Eeze, known in the industry as the "original" plastic flooring, has been sold by Double L since 1979. Experienced BCM craftsmen and engineers use high tech equipment to produce this flooring.

The hog industry has changed greatly over the years and with those changes come new problems. Isolated cases have been reported by producers that the steel supporting the flooring has been corroding and causing the plastic flooring to buckle and break. We have only recently become aware of these problems and have not previously experienced any of these problems. We, along with BCM, have been studying these cases and not know why this is happening. We ask these questions. _Have production facilities changed i.e. flushing systems to pull plug systems? Are there environmental changes occurring in these barns? Do bigger room sizes have an effect? Has the steel itself changed? What kind of steel is used: painted, galvanized, uncoated, stainless? Are expansion and contraction a concern? Are nursery/grower rooms with larger pigs a problem? Does an acidified diet stimulate corrosion?_

In a joint effort to help our valued customers, we, at Double L and BCM, are offering a Replacement Upgrade Program. This program allows you to replace your present flooring system to a totally new superior flooring system at an incredibly low price of $2.00/sq. ft. plus freight F.O.B. Dyersville, Iowa. This price excludes installation and leg options for wider spans.

The complete package consists of 2' x 2' black Excelerator nursery flooring and 5" PermaBeam, a composite fiberglass support beam with plastic foot plates. The Excelerator nursery slat has larger slot openings which allows for easy cleaning and a drier surface. The PermaBeam supports feature high tensile strength and are non-corrosive. The 2' x 2' slat requires support beams every two feet instead of every foot, thereby making the support structure more cost effective.

This Upgrade Program is only offered to our valued Filter-Eeze customers. BCM and Double L will jointly subsidize the Replacement Upgrade Program. It is used for replacement and is not available for new installations. This limited time offer is good through December 31, 2000. This offer is in lieu of all warranties, if any, that may currently exist regarding your Filter-Eeze flooring.

All components of this program will have the benefit of a five-year limited warranty in the form attached hereto. All sales are prepaid before shipping.

A form is included for you to fill out and return to Double L. We will then figure out your needs and contact you with prices and details.

Sincerely,

DOUBLE L GROUP, LTD.

Norb Borcherding, President

BCM Manufacturing Ltd.

Warren Hutchings, President

BSM MANUFACTURING, LTD.
Manufacturer of Filter-Eeze Flooring

DOUBLE L GROUP LTD
Better Solutions Through Research
Distributor of Filter-Eeze Flooring

February 1, 2000

# REPLACEMENT UPGRADE PROGRAM
## LIMITED WARRANTY
## Excelerator / 5" PermaBeam

Express limited warranty, limitation and exclusion and disclaimer of unstated warranties.

A. The Seller warrants that the goods covered by this agreement shall be free from defects in materials and workmanship under normal use and service. The warranty period is five (5) years and commences on the date of sale. If the goods should become defective within the specified warranty period, Seller will repair or replace, at its option, any part(s) that appear, to its satisfaction, to have been defective in material or workmanship. Seller will refund to the Purchaser the purchase price, if the defect in the product is covered by this warranty and Seller is unable, by repair or replacement, to make the product perform the work for which it was designed. This warranty does not obligate Seller to bear any transportation, removal, or installation charges in connection with the inspection, repair, or replacement of defective parts. The limited warranty contained herein is the Purchaser's exclusive remedy. Purchaser shall be responsible for all maintenance service, replacing the expendable parts, making minor adjustments, and performing operating checks, all in accordance with procedures outlined in Seller's maintenance literature.

B. Warranty Limitation and Exclusion. Seller will have no further warranty obligation under this Agreement if the goods are subjected to abuse, alteration, misuse, negligence, or accident.

C. Disclaimer of Unstated Warranties. THE WARRANTY PRINTED ABOVE IS THE ONLY WARRANTY APPLICABLE TO THIS PURCHASE. ALL OTHER WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED.

D. Limitation of Liability. IT IS UNDERSTOOD AND AGREED THAT SELLER'S LIABILITY WHETHER IN CONTRACT, IN TORT, UNDER ANY WARRANTY, IN NEGLIGENCE OR OTHERWISE SHALL NOT EXCEED THE RETURN OF THE AMOUNT OF THE PURCHASE PRICE PAID BY PURCHASER AND UNDER NO CIRCUMSTANCES SHALL SELLER BE LIABLE FOR SPECIAL, INDIRECT, OR CONSEQUENTIAL DAMAGES. THE PRICE STATED FOR THE GOODS IS A CONSIDERATION IN LIMITING SELLER'S LIABILITY. NO ACTION, REGARDLESS OF FORM, ARISING OUT OF THE TRANSACTIONS UNDER THIS AGREEMENT MAY BE BROUGHT BY PURCHASER MORE THAN ONE YEAR AFTER THE CAUSE OF ACTION HAS ACCRUED.

# Sketch Your Room Layout

*The grid layouts represent one foot increments and are sized to a 50' x 20' building.*

OFFICE USE ONLY
DL ______
BCM ______
Dtr ______



Please sketch your room layout, specifying room size, walkways, ledges, pen size, etc.



End View - please sketch pit depth, pit walls, & pit opening, etc

*Please fill out this form and mail it to us for a quote on replacing your flooring system through the Replacement Upgrade Program.*

**Double L Group, Ltd., PO Box 324**
**Dyersville, IA 52040-0324**

1. What is your room size (in feet)? ______' x ______'
2. How many rooms do you have? ______
3. Are all the rooms the same size? ☐ Yes ☐ No
4. If no, what are the other sizes? ______' x ______'
   ______' x ______'
5. Do you have concrete walkways in the room? ☐ Yes ☐ No (Sketch above)
6. What is the depth of your pit? ______ (Sketch above right)
7. How many pit walls are there? ______ (Sketch above right)
8. What is the clearspan (in feet) of the pit opening? ______ (Sketch above right)
9. Do you have ledges on the back walls? ☐ Yes ☐ No How wide? ______"
10. What is the height & length of the beams you have installed now? ______" x ______'
11. What kind of beams are they? ______
12. What is the pen size (in feet)? ______' x ______'

**Customer Information**

Name: ______
Address: ______
City: ______
State: ______ Zip: ______
Ph. ______
Purchase Date: ______
Purchased From: ______