BCM MANUFACTURING LTD.

1912 - 10th Avenue S.W.
Calgary - Alberta
Canada - T3C 0J8

Telephone (403) 244-3077
Telex 03-821377

# 5 YEAR WARRANTY

***************

WE ARE PREPARED TO GUARANTEE THAT OUR HOG FLOORING WON'T WEAR OUT FOR A PERIOD OF FIVE (5) YEARS AND ARE CONFIDENT THAT IT WILL LAST MUCH LONGER.

WE GUARANTEE THAT THIS FLOORING WILL NOT FAIL BY REASON OF STRUCTURAL DEFECTS OR FAULTY WORKMANSHIP, NOR WILL THE ANTI-SKID RIDGES WEAR OUT FOR A FULL FIVE (5) YEARS AFTER THE DATE OF PURCHASE. NATURALLY, OUR WARRANTY DEPENDS UPON THE INSTALLATION BEING PROPERLY CARRIED OUT IN ACCORDANCE WITH OUR INSTRUCTIONS AND THAT IS A CONDITION OF IT. WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE WHICH OCCURS BY REASON OF IMPROPER INSTALLATION OR FOR ANY OTHER REASON BEYOND OUR CONTROL SUCH AS FIRE, ACTS OF GOD, MISUSE, OR ABUSE.

SHOULD THERE BE A CLAIM UNDER THIS WARRANTY, THE DEFECTIVE COMPONENT MUST BE RETURNED TO THE DEALER FROM WHOM YOU PURCHASED IT TOGETHER WITH PROOF OF PURCHASE. IF THE FLOORING UPON THE INSPECTION BY OUR DEALER PROVES TO BE NOT AS WARRANTED, AN ADJUSTMENT TO THE ORIGINAL OWNER WILL BE MADE IMMEDIATELY CONSISTING OF A REPLACEMENT OF THE COMPONENT PART.

OUR WARRANTY IS LIMITED ONLY TO THE REPLACEMENT OF THE COMPONENT PART AND ANY COSTS WITH RESPECT TO THE INSTALLATION OF EITHER THE ORIGINAL OR THE REPLACEMENT COMPONENT SHALL BE BORNE BY THE PURCHASER. THE COMPANY SHALL NOT BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES WHICH MIGHT ARISE AS A RESULT OF FAILURE OF THE COMPONENT PART.

OUR WARRANTY IS EXACTLY AS STATED ABOVE AND EXCLUDES ANY OTHER WARRANTY, GUARANTEE, REPRESENTATION EITHER EXPRESS OR IMPLIED BY OPERATION OF LAW OR OTHERWISE, INCLUDING ANY WARRANTY OF MECHANTABILITY AND FITNESS FOR PURPOSE. SINCE OUR WARRANTY IS ONLY AVAILABLE TO THE ORIGINAL OWNER, IT CANNOT BE ASSIGNED. THIS WARRANTY EXCLUDES "FILTER EEZE" 1430 - KNOWN AS THE "HALF SLAT."

EXHIBIT F

EXHIBIT Borchersding # 11

PENGAD-Bayonne, N.J.

LL0823

7.

# Filter-Eeze®

## Limited Warranty

BCM Manufacturing Ltd. (BCM) warrants its thermoplastic flooring products to be free of defects in material or faulty workmanship for 5 (five) years from the date of purchase to the original purchaser. In order for this warranty to be valid the flooring must be installed in accordance with our instructions. This warranty shall be invalid on slats that are not supported correctly. Each flooring product is designed for a certain stage of hog production, therefore if it is not used for the correct size of animal as intended, this warranty shall be completely null and void. Normal wear is not covered under this warranty.

In the event of a defect being discovered in the product, the customer must return the piece(s) of flooring , freight prepaid, to the manufacturer for examination. If the manufacturer is satisfied after the inspection that the failure was do to defective raw material or faulty workmanship then the manufacturer shall repair or replace the piece(s) free of charge. This warranty is limited to the replacement of the defective part(s) and any cost for freight or installation of either the original part(s) or the replacement part(s) shall be the responsibility of the purchaser.

This warranty does not extend to any product which in the sole and arbitrary opinion of the Supplier shall have been repaired, altered, neglected or used in any way as to adversely affect its stability or reliability. The foregoing warranty is in lieu of and excludes all other warranties and conditions expressed or implied whether under common law, statute or otherwise, and every form of liability for loss or damage to animals or persons, direct or consequential, or for any accident or economic loss resulting from defective material, faulty workmanship or otherwise, is expressly excluded.

Filter-Eeze is a registered trade mark of BCM Manufacturing Ltd.

TELEPHONE TOLL FREE
IOWA 1-800-632-5938
OUT STATE 1-800-553-4162

DOUBLE LL

BOX 128
GARNAVILLO, IA 52049
Phone 319-964-2644

**LONG LASTING FARM EQUIPMENT, INC.**

# FILTER-EEZE WARRANTY SPECIFICATIONS

April 1, 1986

## Warranty as Stated on Literature:

Double LL guarantees that this flooring will not fail by reason of structural defects or faulty workmanship, nor will the anti-skid ridges wear out for a full five (5) years after date of purchase. Naturally, our warranty depends on installation being properly carried out in accordance with our instructions. We will not be responsible for loss or damage which occurs by reason of improper installation or for any other reason beyond our control such as fire, acts of God, misuse, or abuse. Our warranty is limited only to the replacement of the component part, and any costs with respect to the installation of either the original or the replacement component shall be borne by the purchaser. The company shall not be liable for consequential or incidental damages which might arise as a result of failure of the component part. Our warranty is exactly as stated above and excludes any other warranty, guarantee, representation either expressed or implied. Our warranty is available only to the original owner, and it cannot be assigned.

## Installation Stipulations:

1" thick Filter-Eeze slats -- must be supported under each end of the slat and under the center of the slat. Where two slats meet end to end, each end must rest on a support of some type. Supports are to be run "crosswise" under the Filter-Eeze for proper installation. (They should NOT run the same direction as slot openings!)

2" thick Filter-Eeze slats -- must be supported under each end of the slat. Where two slats meet end to end, each end must rest on a support of some type.

Locking pins -- are supplied to secure slats side to side and end to end.

Any questions regarding installation or warranty should be directed to Double LL Garnavillo, Iowa. Warranty on Filter-Eeze may become void if slats are not properly installed and supported as stated above.

## Warranty Registration:

Each Filter-Eeze order is accompanied by a warranty registration card. This card must be returned to Double LL to verify purchase date should a future claim arise.

Warranty Period and Explanation:

1" thick Filter-Eeze slats -- "5 year unconditional guarantee"

If the 1" Filter-Eeze slats fail, according to warranty claims, during the first five years, the defective slats shall be replaced with new slats. As stated, "any costs relating to installation of the original or replacement component shall be borne by the purchaser." No warranty coverage shall apply after 5 years from date of purchase.

2" thick Filter-Eeze slats -- "10 year guarantee -- 5 years unconditional plus 5 years pro-rated"

If the 2" Filter-Eeze slats fail, according to warranty claims, during the first five years, the defective slats shall be replaced with new slats. If a failure should occur from the 6th to 10th year, a credit for the pro-rated portion left on the warranty shall be applied to the cost of replacement slat(s).

Example: Failure during the 7th year -- 3/10 of the warranty remains- 3/10 of the original purchase price will be allowed toward the cost of replacement slats.

$5.00 sq. original cost = $1.50 sq. credit toward replacement

BCM
MANUFACTURING LTD.

Bay #8, 115 - 28th Street S.E.
Calgary, Alberta
Canada - T2A 5K4

Telephone (403) 248-2800

Fax (403) 272-4736

FAX TRANSMISSION

DATE: June 26, 1989 TIME:

TO: NORB BORCHERDING

COMPANY: LONG LASTING FARM EQUIPMENT, INC.

FROM: PIERRE A. MOREAU

COMPANY: BCM MANUFACTURING LTD.

TOTAL NUMBER OF PAGES INCLUDING TRANSMISSION SHEET:

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CALL (403) 248-2800.

MESSAGE

Dear Norb:

Further to Al's visit to the show last week, I thought I would try to confirm some points relating to your discussion with him.

1. I understand that you have changed your mind on the new sow floor and that now you do not want it as you feel L2700A and L2730A will do. I don't quite understand this as I thought you wanted to reduce inventory for you, your distributors etc... Anyway, if you don't want it we won't make it.

2. You are still interested in the creep flooring. Al discussed the idea of making a 17½" X 42" model for you. All we need is your approval and we will have another drawing made up prior to getting the mold built. However, because we have now lost some time since we met in Chicago, we need to make a decision, since I can't give you a delivery date on the first samples now.

3. On the question of pricing, I am willing on the L3760, to spread the increase over three periods ie:-August 1, 15%, February 1, 1990, 15%, and August 1, 1990, 10%. This product is your big seller and I would be willing to go this route to lessen the shock.

We will apply 5 year warranty against breakage beginning August 1 of this year on all our products and a **10 year warranty February 1, 1990.**

.../2

BCM MANUFACTURING LTD.
1912 - 10th Avenue S.W.
Calgary - Alberta
Canada - T3C 0J8

5yr warranty

Mr. N. BORCHERDING
LONG LASTING FARM EQUIPMENT, INC.
P.O. Box 128
GARNAVILLO, Iowa 52049
U. S. A.

CANADA POSTES

BCM MANUFACTURING LTD.

1912 - 10th Avenue S.W.
Calgary - Alberta
Canada - T3C 0J8

Telephone (403) 244-3077
Telex 03-821760

March 26, 1982

Mr. N. Borcherding
LONG LASTING FARM EQUIPMENT, INC.
P.O. Box 128
GARNAVILLO, Iowa 52049
U. S. A.

Dear Norb:

I trust you recovered from the Pork Congress and that good things came from the show.

Attached please find a copy of the 5 year warranty which has been revised in two areas. The first being that any returns or credits would be given in the form of replacement flooring rather than a cash settlement. From our point of view this would be preferred since the actual cost would be lower.

The second change was made in the last paragraph first line--the word "includes" was changed to "excludes." In actual fact nothing really changes here, but the word "includes" was causing some misunderstandings to many people.

This form is now the final form I would like to put out, so please give me a call if you have any questions.

Best Regards,

Pierre

PAM/pdm
Enclosure

BCM MANUFACTURING LTD.
1912 - 10th Avenue S.W.
Calgary - Alberta
Canada - T3C 0J8.
Telephone (403) 244-3077
Telex 03-821760

# 5 YEAR WARRANTY

WE ARE PREPARED TO GUARANTEE THAT OUR HOG FLOORING WON'T WEAR OUT FOR A PERIOD OF FIVE (5) YEARS AND ARE CONFIDENT THAT IT WILL LAST MUCH LONGER.

WE GUARANTEE THAT THIS FLOORING WILL NOT FALL BY REASON OF STRUCTURAL DEFECTS OR FAULTY WORKMANSHIP, NOR WILL THE ANTI-SKID RIDGES WEAR OUT FOR A FULL FIVE (5) YEARS AFTER THE DATE OF PURCHASE. NATURALLY, OUR WARRANTY DEPENDS UPON THE INSTALLATION BEING PROPERLY CARRIED OUT IN ACCORDANCE WITH OUR INSTRUCTIONS AND THAT IS A CONDITION OF IT. WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE WHICH OCCURS BY REASON OF IMPROPER INSTALLATION OR FOR ANY OTHER REASON BEYOND OUR CONTROL SUCH AS FIRE, ACTS OF GOD, MISUSE OR ABUSE.

SHOULD THERE BE A CLAIM UNDER THIS WARRANTY, THE DEFECTIVE COMPONENT MUST BE RETURNED TO THE DEALER FROM WHOM YOU PURCHASED IT TOGETHER WITH PROOF OF PURCHASE. IF THE FLOORING UPON THE INSPECTION BY OUR DEALER PROVES TO BE NOT AS WARRANTED, AN ADJUSTMENT TO THE ORIGINAL OWNER WILL BE MADE IMMEDIATELY CONSISTING OF A REPLACEMENT OF THE COMPONENT PART.

OUR WARRANTY IS LIMITED ONLY TO THE REPLACEMENT OF THE COMPONENT PART AND ANY COSTS WITH RESPECT TO THE INSTALLATION OF EITHER THE ORIGINAL OR THE REPLACEMENT COMPONENT SHALL BE BORNE BY THE PURCHASER. THE COMPANY SHALL NOT BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES WHICH MIGHT ARISE AS A RESULT OF FAILURE OF THE COMPONENT PART.

OUR WARRANTY IS EXACTLY AS STATED ABOVE AND EXCLUDES ANY OTHER WARRANTY, GUARANTEE, REPRESENTATION EITHER EXPRESS OR IMPLIED BY OPERATION OF LAW OR OTHERWISE, INCLUDING ANY WARRANTY OF MECHANTABILITY AND FITNESS FOR PURPOSE. SINCE OUR WARRANTY IS ONLY AVAILABLE TO THE ORIGINAL OWNER, IT CANNOT BE ASSIGNED.

BCM MANUFACTURING LTD.

1912 - 10th Avenue S.W.
Calgary Alberta
Canada - T3C 0J5

Telephone (403) 244-3077
Telex 03-821760

# 5 YEAR WARRANTY

*****************

WE ARE PREPARED TO GUARANTEE THAT OUR HOG FLOORING WON'T WEAR OUT FOR A PERIOD OF FIVE (5) YEARS AND ARE CONFIDENT THAT IT WILL LAST MUCH LONGER.

WE GUARANTEE THAT THIS FLOORING WILL NOT FALL BY REASON OF STRUCTURAL DEFECTS OR FAULTY WORKMANSHIP, NOR WILL THE ANTI-SKID RIDGES WEAR OUT FOR A FULL FIVE (5) YEARS AFTER THE DATE OF PURCHASE. NATURALLY, OUR WARRANTY DEPENDS UPON THE INSTALLATION BEING PROPERLY CARRIED OUT IN ACCORDANCE WITH OUR INSTRUCTIONS AND THAT IS A CONDITION OF IT. WE WILL NOT BE RESPONSIBLE FOR LOSS OR DAMAGE WHICH OCCURS BY REASON OF IMPROPER INSTALLATION OR FOR ANY OTHER REASON BEYOND OUR CONTROL SUCH AS FIRE, ACTS OF GOD, MISUSE OR ABUSE.

SHOULD THERE BE A CLAIM UNDER THIS WARRANTY, THE DEFECTIVE COMPONENT MUST BE RETURNED TO THE DEALER FROM WHOM YOU PURCHASED IT TOGETHER WITH PROOF OF PURCHASE. IF THE FLOORING UPON THE INSPECTION BY OUR DEALER PROVES TO BE NOT AS WARRANTED, AN ADJUSTMENT TO THE ORIGINAL OWNER WILL BE MADE IMMEDIATELY CONSISTING OF A REPLACEMENT OF THE COMPONENT PART.

OUR WARRANTY IS LIMITED ONLY TO THE REPLACEMENT OF THE COMPONENT PART AND ANY COSTS WITH RESPECT TO THE INSTALLATION OF EITHER THE ORIGINAL OR THE REPLACEMENT COMPONENT SHALL BE BORNE BY THE PURCHASER. THE COMPANY SHALL NOT BE LIABLE FOR ANY CONSEQUENTIAL OR INCIDENTAL DAMAGES WHICH MIGHT ARISE AS A RESULT OF FAILURE OF THE COMPONENT PART.

OUR WARRANTY IS EXACTLY AS STATED ABOVE AND EXCLUDES ANY OTHER WARRANTY, GUARANTEE, REPRESENTATION EITHER EXPRESS OR IMPLIED BY OPERATION OF LAW OR OTHERWISE, INCLUDING ANY WARRANTY OF MECHANTABILITY AND FITNESS FOR PURPOSE. SINCE OUR WARRANTY IS ONLY AVAILABLE TO THE ORIGINAL OWNER, IT CANNOT BE ASSIGNED.