# Richard Nicolai

Office
**Address:** 224A BioAgEng
University of Minnesota
1390 Eckles Ave
St. Paul, MN 55108-6005
**Telephone:** 612-625-3701
**Fax:** 612-624-3005
**E-mail:** nicol009@tc.umn.edu

Home
**Address:** RR 1 Box 195
Hector, MN 55342
**Telephone:** 612-848-2382
**Fax:** 320-848-2449
**E-mail:** rnicolai@means.net

**Education:** Bachelor of Agricultural Engineering, 1965, University of Minnesota
Masters of Agricultural Engineering, 1970, University of Minnesota

**Current Position:** Research Fellow
Biosystems and Agricultural Engineering Department
University of Minnesota

**Area of Interest:**
Livestock housing systems, livestock environmental air quality, and agricultural odor emissions.

**Professional Experience:**

1996- Research Fellow, Department of Biosystems and Agricultural Engineering, University of Minnesota, St. Paul, Minnesota. Conducting research on reducing odor and gas emission from livestock production sites.

1994-1996 Assistant Extension Specialist, Department of Biosystems and Agricultural Engineering, University of Minnesota, St. Paul, Minnesota.
Half time position in Extension with emphasis on livestock environment systems, manure handling and odor management.

1975- Own and operate a 400 acre farm that produces corn, soybeans and dark red kidney beans.

1970-1975 Senior Project Engineer, Ford Tractor Division, Ford Motor Company
Design of four wheel drive articulated loader for industrial and construction market. Responsible for design of loader linkage, frame strength, engine and transmission compatibility, and cab.

1965-1969 Project Engineer, Ford Tractor Division, Ford Motor Company
Design and testing of agriculture tillage tools (plows, harrows and cultivators) and planting equipment.

EXHIBIT
H

**Professional Registration:**
Registered Professional Engineer (No. 9291), State of Minnesota

**Professional Organizations:**
ASAE–The Society for Engineering in Agricultural, Food, and Biological Systems

Publications:

Nicolai, R.E. 1999. Biofiltration for Odor Reduction. In *Proc. Manure Management '99*, 268-278. Saskatoon, Saskatchewan, Canada, 22-25 June.

Nicolai, R.E., K.A. Janni. 1999. Effect of Biofilter Retention time on Emissions from Dairy, Swine, and Poultry Buildings. ASAE Paper No. 994149. St. Joseph, Mich.: ASAE.

Nicolai, R.E., G.C. Shurson, M.J. Spiehs, M.H. Whitney. 1999. Deep Pit Simulator Protocol for Individual Metabolism Crates During diet Studies. ASAE Paper No. 994135. St. Joseph, Mich.: ASAE.

Nicolai, R. E. 1998. Biofilter Design Information. BAEU-18, Biosystems and Agricultural Engineering Department, University of Minnesota. St. Paul, MN. 55108-6005.

Nicolai, R. E., K.A. Janni. 1998. Biofiltration - Adaptation to Livestock Facilities. In *Proceedings of USC - TRG Conference on Biofiltration*, 99-106. October 22-23. Los Angeles, California.

Nicolai, R. E. 1998. Odor Reduction Techniques. In *Proceedings of Conference on Manure Matters.* September 22, Iowa Pork Industry Center, Ames, Iowa

Nicolai, R. E., K.A. Janni. 1998. Biofiltration - Technology for Odor Reduction from Swine Buildings. In *Proceedings of the Animal Production Systems and the environment*, 327-332. July 19-22. Des Moines, Iowa.

Nicolai, R. E., K.A. Janni. 1998. Comparison of Biofilter Retention Time. Presented August 1998 at the ASAE Annual International Meeting, Paper No. 974040. ASAE, 2950 Niles Road, St. Joseph, MI 49085-9659 USA.

Nicolai, R. E., L.D. Jacobson, D. R. Schmidt, C. McGinley. 1997. Livestock odor measurement using a venturi olfactometer and odor sampling using cloth swatches. In *Proceedings of the International Symposium on Ammonia and Odour Control from Animal Production Facilities*. October 6-10, Vinkeloord, The Netherlands.

Nicolai, R. E., K.A. Janni. 1997. Development of a Low Cost Biofilter for Swine Production Facilities. Presented August 1997 at the ASAE Annual International Meeting, Paper No. 974040. ASAE, 2950 Niles Road, St. Joseph, MI 49085-9659 USA.

Nicolai, R. E., C. J. Clanton, P. R. Goodrich, L. D. Jacobson, K. A. Janni, V.J. Johnson, and E. Lees. 1997. Development of a Dynamic Olfactometer Lab. Presented August 1997 at the ASAE Annual International Meeting, Paper No. 974019. ASAE, 2950 Niles Road, St. Joseph, MI 49085-9659 USA.

Nicolai, R. E., J. Johnson, R. L. Mensch. 1997. Evaluation of Commercial Manure Additives to control Odors From Swine Barns. Presented August 1997 at the ASAE Annual International Meeting, Paper No. 974041. ASAE, 2950 Niles Road, St. Joseph, MI 49085-9659 USA.

Nicolai, R. E., 1995. Managing odors from swine waste. AEU-8. St. Paul, MN: Minnesota Extension Service, University of Minnesota.

Shurson, J., M. Whitney, and R. E. Nicolai. 1998. Dietary manipulations to reduce hydrogen sulfide emissions in the nursery. In *Proceedings of the54 the Minnesota Nutrition Conference.* Bloomington, MN.

Jacobson, L.D., C.J. Clanton, D.R. Schmidt, C. Radman, R.E. Nicolai, K.A. Janni. 1997. Comparison of Hydrogen Sulfide and Odor Emissions from Animal Manure Storages. In *Proceedings of the International Symposium on Ammonia and Odour Control from Animal Production Facilities.* October 6-10, Vinkeloord, The Netherlands.

Jacobson, L. D., R. E. Nicolai, D. R. Schmidt, and J. Zhu. 1998. Odor Plume Measurements from Livestock Production Sites. Paper No. 98-E-038. Presented at AgEng 98 in Oslo, Norway

Jacobson, L. D., D. R. Schmidt, R. E. Nicolai, J. Bicudo. 1998. Odor Control for Animal Agriculture. BAEU- 17, Biosystems and Agricultural Engineering Department, University of Minnesota. St. Paul, MN. 55108-6005.

Zhu, J.,L.D. Jacobson, D. Schmidt, and R. Nicolai. 1998. Modeling the Agricultural Odor Dispersion Using Atmospheric Dispersion Models. Presented July 1998 at the ASAE Annual International Meeting, Paper No. 984046. ASAE, 2950 Niles Road, St. Joseph, MI 49085-9659 USA.

Clanton, C. J., D. R. Schmidt, R. E. Nicolai, P. R. Goodrich, L. D. Jacobson, K. A. Janni, S. Weisberg, and J. A. Buckel. 1999. Dynamic olfactometry variability in determining odor dilutions-to-threshold. Transactions of the ASAE 42(4):1103-1112.

Clanton, C. J., D. R. Schmidt, L. D. Jacobson, R. E. Nicolai, P. R. Goodrich, and K. A. Janni. 1999. Swine manure storage covers for odor control. Applied Engineering in Agriculture 15(5):???-???. In press.

Clanton, C. J., R. E. Nicolai, and V. J. Larson. 1999. Dynamic olfactometer airflow variation in determining odor dilutions-to-threshold. Transactions of the ASAE. In press.

# Expansion of Filter-Eeze plastic flooring system in swine nursery.

**For:** Holden Farms, and
Gislason & Hunter LLP
2700 South Broadway
New Ulm, MN 56073

**Problem Description:**

Holden Farms reported a problem with the Filter-Eeze plastic flooring system in their swine nursery barns. These barns were between 3 and 5 years old. Each barn had two rooms 140' long and 40' wide. The floor consisted of black polypropylene panels approximately 12" wide by 20" long. Each panel has a molded tabs on two sides that hooked over a ¼" steel support beam. The beam is painted carbon steel 4" wide and ¼" thick.

The barn owner complained that the floor was moving causing the gates not to close and latch properly. Floor panels were also buckling allowing the pigs to remove them. The producer also reported pigs falling into the manure storage pit below the floor.

**Observation comments:**

Three nurseries were visited in September 1999 and two in August 2000. The floors observed had begun to expand causing support beams to misalign and the gates not close properly (Figure 1). Many floor panels showed various degrees of buckling (Figure. 2). Several floor panels overlap the adjacent panel creating a situation that the pigs could easily remove the panel (Figure. 3). The steel support beams had been painted, but most of the paint had peeled off.



Figure 1. Floor panel misaligned with steel beam.



Figure 2. Floor panels buckled.



Figure 3. Overlap of floor panels allowing pigs to remove a panel.

The steel support strips for the plastic floor panels showed excessive corrosion. The plastic floor panel support hooks that attach to the steel supports were deformed as illustrated in figures 4 and 5. Floor expansion and deformity was caused by the rust build-up from the steel beams. Figure 4 illustrates how expansion occurs because of the rust on steel supports. The plastic flooring tabs hook over the steel beams. As rust accumulated on the steel, it forced the tab to deform outward pushing the next floor panel away (Figure 5). The deformity on the hooks was larger where their appeared to be more corrosion (Figure 6 and 7). Plastic floor panel movement was accumulative across the room. Total floor expansion was measured in three of the nurseries. Table 1 summarizes the change in flooring length observed in each of the nurseries.

Table 1. Floor expansion in one nursery room.

| Nursery | Original room length | Expansion measured | Percent change |
|---|---|---|---|
| A | 147 feet | 7 inches | 0.39% |
| B | 147 feet | 5 inches | 0.28% |
| C | 147 feet | 9 inches | 0.51% |



Figure 4. Original hook support.



Figure 5. Deformed hook support.



Figure 6. Floor panel tab deformation from rust.



Figure 7. Close-up of tab deformation from support beam rust.

The cause of the floor buckling and misalignment from observation was the excessive corrosion of the steel support beams. If the plastic floor panels had not used the hooking tab design to attach to the steel beams but was allowed to float on top of the steel beams, the steel beam corrosion would not have caused the floor to expand and buckle.

**Literature review of corrosion in animal buildings.**

Confined animal buildings are typical places where metal equipment and structural components undergo very high corrosion rates. Data from Scottish Farm Buildings Investigation Units reported in 1981 regarding the rates of corrosion on steel in various kinds of atmosphere (Table 1). The data demonstrates that corrosion rate in animal buildings are at least comparable to rates observed in severe city atmosphere or the atmosphere in chemical industries.

There are many potential sources of corrosion in animal buildings including moisture, gases, dust, and microorganisms. It is suspected that these factors combine to significantly accelerate the deterioration of metal products in animal buildings (Zhu et al., 1997).

Table 2. Approximate values of corrosion on steel in various types of atmosphere.

| Sample location | Average corrosion depth per year (μm/year) | |
|---|---|---|
| | Steel | Zinc |
| Rural atmosphere | 10 | 0.8 |
| Sea atmosphere | 20 | 2.0 |
| City atmosphere | 45 | 5.0 |
| General animal buildings | 45 | 5.0 |
| Highest exposure in animal buildings | 200 | 50.0 |

Corrosion caused by bacteria is common is animal buildings. Most bacteria have two basic requirements for growth, i.e., moisture and nutrients. Animal buildings contain a great deal of moisture due to the respiration of animals and cleaning-washing procedures. They also contain a large quantity of dust and a variety of gases due to manure decomposition, which provide nutrients for the survival and growth of bacteria on metal surfaces. Therefore, there is a large potential for microbial-induced corrosion of metal products in animal buildings (Zhu et al., 1994).

Table 2 also shows the rate of corrosion on zinc. Galvanized steel is the application of a zinc coating to the surface of the steel. Zhu et al. (1997) found that the corrosion rate on galvanized steel was 80% less than carbon steel. But the paper also concluded that due to uncertainties of acidities and sulfur levels in the barn, it may be reasonable to use aluminum rather than zinc or zinc-coating materials in animal buildings.

Materials that have not shown any iron oxide corrosion effect in animal buildings include stainless steel, fiberglass, and polyvinyl chloride. Stainless steel has shown signs of pitting and structural deterioration in animal buildings although the rate of deterioration can be very slow.

The following materials are listed in order of increased life and structural integrity for the floor panel support beams due to corrosion.

1. Unpainted carbon steel
2. Painted carbon steel
3. Galvanized steel
4. Stainless steel
5. Fiberglass

↓ Less corrosion and increased life.

**Discussion and conclusions:**

1. A livestock barn with the manure stored beneath the floor is one of the most highly corrosive environments. The high humidity combined with the pit gasses of hydrogen sulfide, ammonia, and volatile organic compounds create one of the highest corrosive rate environments known. Carbon steels used in this environment can have a life as short as 3 years.

2. The cause of the floor deterioration was a combination of the excessive corrosion of the carbon steel support beams and the plastic floor panel design. The hook tab design on the floor panel prevented expansion due to corrosion without buckling the floor. If the design of the floor panel had allowed it to float with respect to the beam, the rust build-up on the beams would not have caused expansion and buckling of the floor.

3. The high corrosion rate of carbon steel was known in the animal housing industry for greater then the last 20 years. Both the floor panel manufacture and the dealer who sold the product should have known this fact and not allowed carbon steel beam to be used with the hook tab design of the floor panels.

4. Painting the carbon steel beams may add to its life if the paint coat is of a high quality. The paint quality on the carbon steel beams did not appear of high quality since most had peeled off. Thus, little additional life, if any, could be expected from the addition of paint to the beams.

5. Changing the support beam material from carbon steel to galvanized-coated steel would increase its life, but not significantly for this application. Both stainless steel and fiberglass would increase the life to match the expected life of the floor panels. For this application the manufacturing company should have required the use of fiberglass support beams to be used with their flooring.

6. All barns appeared to be in good maintenance. Other than the flooring, the rest of the barn was in good condition. The barn operators appeared not do or neglect to do anything to cause the deterioration of the floor.

7. To utilize the barn, the floor support beams need to be replaced with non-corrosive material. We would recommend fiberglass. Some of the floor panels may be reused while others with severely deformed support tabs need to be replaced.

8. The owner has additional nursery barns that were not observed but are of the same design. We would recommend that those floors also be replaced before buckling occurs and possible loss of animals.

**References:**

Scottish Farm Buildings Investigation Units. 1981. *Modeling Design and evaluation of Agricultural Buildings*. International Commission of Agricultural Engineering, Aberdeen.

Zhu, J., R.I. Mackie, G.L. Riskowski, and D.L. Day. 1994. Bacterial colonization on metal surfaces in animal buildings- implications for microbial-induced corrosion. *Transaction of American Society of Agricultural Engineers.* 37:3, p.929-937.

Zhu, J., R.I. Mackie, and G.L. Riskowski. 1997. Use of surface analysis techniques to determine the mechanisms of metal corrosion in animal buildings. *International Biodeterioration & Biodegradation.* 39:4 p. 243-251.

Richard Nicolai, PE

Advanced R&D, Inc.

Research & Development Services, Testing, and Consulting. www.advancedrandd.com
P.O. Box 302, Lake Elmo, MN 55042 Voice: (651) 430-1508 Fax: (651) 430-4927 1-800-233-9565

# Investigation of Corrosion and Expansion of Large Pig Pens. Measurements of Steel Supports and Polypropylene Floor Panels.

For: Richard E. Nicolai
University of MN, Dept of Biosystems & Ag Eng.
College of Ag, Food, and Envir.
Institute of Technology, 224A Bio & Ag Bldg.
1390 Eckeles Ave.
St. Paul, MN 55108-6005

Project #4011
Report #C102899
Oct. 28. 1999
P 612-625-3701

## 1.0. Background & Description:

1.1. Several large pens used for controlled raising of pigs showed extensive damage due to unacceptable expansion of the flooring along the length of the structure. The structures were approximately 140' long and 40' wide. The flooring in question was set above a lower level which was used for waste removal. The flooring panels were black polypropylene (PP) grating approximately 12" wide by about 20 long with lipped areas at each end to hook over the steel support members. The steel supports were 1/4" thick steel, approximately 4" wide and 8' long, painted dark blue and bolted in place at each end. These were spaced about 12" apart and the flooring panels were hooked over adjacent steel support members. During only a short time of use, extensive corrosion of the support occurred the flooring panels did not fit. In some cases, as much as 6" of flooring panel had to cut off at the end of the pen due to expansion. In other situations, the flooring fit so poorly that the pigs uprooted panels and fell into the waste area below. The question that arose was what caused this expansion; the corrosion of the supports or expansion of the flooring panels.

1.2. Approximately a dozen (12) steel supports were taken from one of the questionable structures along with approximately 10 flooring panels. In addition, approximately four unused floor support panels were submitted. Information was requested to help determine the cause for the structural damage that occurred.

## 2.0. Summary & Discussion:

2.1. Ten ( 10 ) of the steel support members were inspected. The upper support edge of each support was carefully measured at approximately 2" intervals using a micrometer. These measurements were only made at points where there was still evidence for the blue paint coating on each side. In general, a large % of the support edges were so corroded that a measurement could not be made because it was obvious that the corrosion had fallen off. In most of these supports, there was also at least one area where there appeared to be little corrosion, usually at one or both ends.

2.2. Similar measurements were also made on one support member that had not been used. This was used as a reference and gave an average dimension of 0.251", very close to the nominal 1/4" specification stated. The standard deviation for these measurements was approximately 0.002 along the entire edge indicating the supports were originally very uniform in thickness. The other edge yielded very similar results; although its average dimension was 0.256"




2.3. The attached Table lists these measurements for all of the supports measured. This shows the measured thickness of the support edge approximately every 2". These thickness measurements have been plotted vs. approximate distance along the edge for several of the support beams. This is illustrated in the BAR GRAPH at the right. Several important observations can be made: First of all, the thickness of the support is as great as 0.5" ( 1/2" ) in some areas. That is extremely thick and represents very extensive corrosion. It is quite likely that these measurements may have been even higher in areas where the corrosion material had already fallen off. In other areas where there was no evidence for corrosion, the thickness remained nearly the same as for the original, unused support member.




2.4. Based on the measurements of thickness, we have subtracted 0.25", the thickness of the original coated steel and calculated the total corrosion that could potentially occur for 100 supports. Note, the amount of this corrosion reaches as high as 25" if all of the supports were corroded as much as the thickest one measured.

These "Total" Corrosion amounts are shown by the BAR Graph at the right. Note that in some cases these values may be negative due to coating and corrosion that has fallen off leaving a steel support that is thinner than original.

2.5. Careful review of these results reveals some unusual characteristics of this corrosion. First of all, based on the densities of pure Fe ( 7.86 g/cc ) and $Fe_2O_3$, ( 5.18 g/cc ) even if the entire steel support corroded **and** expanded only in the outer direction, the total support thickness would be only 0.379". Subtracting away the original thickness would leave only 0.129 " of expansion. The extremely thick layers cannot be merely pure corrosion to $Fe_2O_3$. If we consider the lowest density iron oxide complex, one involving considerable amount of Cl ( Chloride ), the total thickness would be about 0.983" less 0.250 = about 0.73" of expansion. But this would leave no steel support. In all of the measurements made, there was not evidence that the entire support had corroded all the way through. In other cases, it was obvious that the corrosion seemed to occur preferentially **under** the coating. Based on these observations, it appears to us that the corrosion is probably an interfacial creeping type of corrosion which also includes deposition of substantial amounts of C, N, O, and probably Cl from the waste present on the system. This probably stems from incorporation of substantial amounts of organic material; some from deposition of solid residues from the organic waste; some from extensive MIC. from microbial growths. There is strong evidence for this. The corrosion is so great in many cases, that the width of the support must create substantial pressure on the PP flooring at the overlapping lips. In some cases, this corrosion is so thick and tapered toward the edge that these floor panels may not fit at all or have a tendency to 'pop' off.




2.6. Further measurements were made on the thickness of the PP floor supports. These measurements were made at five different positions on the floor panels; one at the outer lip on the left side, one on the inner lip of the left side, one at the center of the panel, and similar measurements on the right side. These measurements were converted in inches of expansion for one panel. Note that nearly all measurements are much lower than the measurements of corrosion on the steel supports. Only two measurements are moderately high. If all panels expanded this amount, they would still yield a total expansion of less than 10" across the entire 100' of flooring; much less than the corrosion.




2.7. Based on the measurements and inspection of the steel supports and floor panels, it is our conclusion that the primary cause for the expansion and damage to these structures is caused by unusually extensive corrosion of the steel supports. This is most likely a combination of chemical corrosion from the corrosive waste materials present but also aggravated by high levels of MIC ( Microbial Induced Corrosion ). The expansions of the PP flooring seem minimal and

considering probable variations in manufacturing specifications, probably even less than what we measured.

2.8. The final question that arises is --- How can this flooring material expand so much if the pieces are interlocking and the supports are immobile. Certainly the supports cannot move 10 to 20" if they are bolted down. However, in this case, the supports are apparently not bolted down and can slide freely on the concrete beams upon which they rest. We believe the diagram at the right can help explain some of this disparity. The corrosion at one support may only be 0.1". This may occur on either or both sides of the steel support as shown by the red lines. The PP flooring panel that attaches at this point may be shifted either right or left, but not both ways since the maximum expansion of the panels is far less than this. There are only three mechanisms that will permit the expansion of the entire floor; One is the bending or bowing of the steel support, as shown by the dotted blue lines. A second mechanism is the shifting of the floor supports along the concrete support beam. Another is that one of the next few floor panels will not fit properly. We believe all these factors are occurring. Careful inspection of the steel supports indicates there is considerable 'bowing' in their center; as much as 1 to 2 inches on some. This only occurs near the center hence we suspect that the center of the flooring shows the greatest problem. Careful inspection of the steel supports we examined not only indicates the greatest corrosion is found at the center of the support, but also that in many supports there is little corrosion at one end or the other. This alone must be the cause for great disparity between the floor expansion at the center and near the edges. We suspect this bending would probably occur mostly in the center and in the same direction for at least several panels. At some point, either the steel support could not bend any further or one of the floor panels would not fit properly. Thus, we would expect that there would be a very poorly fitting floor panel every several panels. This entire process would create stretching stresses on the floor panels and probably contribute to their expansion but it is our opinion that this is only one contributing factor and a result of stretching forces; not necessarily a cause.

## 3.0. Further Discussion & Recommendations:

3.1. The construction requirements for these structures are extremely demanding. We have not even considered the changes in length and stress that might arise due to only minor temperatures fluctuations and the coefficients of expansion. However, the most demanding requirement for these structures is to remain resistant to the severe corrosive nature of the installation. Steel is always difficult to protect from corrosion and most paint coatings are only temporary. However, the conditions under which these supports are used are some of the most corrosive conditions ever encountered. Constant, daily exposure to just plain water is very demanding but urea and organic waste creates one of the most corrosive environments known. It is also extremely demanding for coatings. In our opinion, ordinary steel should not have been used for this application. In addition, it appears the paint coating was probably not fully tested against this type of application. A better coating may have added years to the lifetime of the structure.

3.2. Because of the rigorous demands in this structure, we highly recommend new materials be tested for compatibility under these conditions. IE. The combination of humidity, aqueous media, high chlorides, and ammonia containing organic material is one of the worst conditions ever encountered. In addition, it appears that the design of the structure may need some modifications such as periodic and frequent " expansion " joints to compensate for any unusual expansion or movement of the flooring and supports. We also suggest some consideration be given to designing a more positive floor support panel.

One in which the panel would be locked or tied in place by some type of easily installed and removed fixture.

3.3. Finally, in light of the extreme corrosion of these floor support members, we strongly recommend very careful inspection of other materials used throughout these structures - before new flooring is installed.

Gene R. Sparrow, Ph.D.
Technical Director


Support Thickness
Total Thickness - Inches X 10
5
4.5
4
3.5
3
2.5
2
Unused piece
Averages
Approximate Position Along Support


Typical Corrosion of Supports
Corrosion for 100 Supports in Inches
25
20
15
10
5
0
-5
Unused piece
Approximate Position Along Support


Typical Corrosion of Supports
Corrosion for 100 Supports in Inches
25
20
15
10
5
0
-5
Approximate Position Along Support

Advanced R & D Laboratory
Project # 4011
Custome Richard Nicolai
Compan U.MN. College Agric, Food, & Environ; Dept. BIO Systems

| Samp # | Description / Comments | #1 | #2 | #3 | #4 | #5 | #6 | #7 | #8 | #9 | #10 | #11 | #12 | #13 | #14 | #15 | #16 | Aver |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Approx Position | 2 | 8 | 14 | 20 | 26 | 32 | 38 | 44 | 50 | 56 | 62 | 68 | 74 | 80 | 86 | | |
| | | Measurement | | | | | | | | | | | | | | | | |
| A | Clear Blue Unused | 2.52 | 2.51 | 2.508 | 2.5 | 2.513 | 2.508 | 2.5 | 2.51 | 2.525 | | | | | | | | 2.51 |
| A | Other edge | 2.54 | 2.524 | 2.542 | 2.533 | 2.521 | 2.535 | 2.533 | 2.524 | 2.538 | 2.855 | 2.543 | | | | | | 2.563 |
| B | Badly Corr Paint off | | | | 3.492 | | 4.011 | | 3.492 | | | 3.6 | | | 2.335 | | 2.5 | 3.238 |
| C | Badly Corroded | | 3.499 | | 3.88 | 3.83 | 3.59 | 4.17 | | 3.29 | 2.85 | 2.61 | 3.18 | 2.73 | 2.78 | 2.65 | 62 | 3.206 |
| D | Minor Corrosion | 2.51 | 2.54 | 2.47 | 2.47 | 2.46 | 2.475 | 2.475 | | 2.47 | 2.47 | 2.65 | 2.59 | 2.6 | 2.46 | 3.58 | | 2.587 |
| E | Very Bad Most pt gone | | 4.86 | 3.7 | 4.02 | 4.03 | 4.02 | 3.33 | 3 | 3.99 | | 3.33 | 3.49 | 3.14 | | 2.95 | | 3.657 |
| F | Very Bad some pt ends | 2.49 | 2.42 | 2.41 | | 2.73 | | 2.86 | | 3.13 | 3.53 | | | | | 3.03 | | 2.511 |
| G | Bad paint at ends | 2.57 | 2.56 | 2.6 | | 2.71 | | 2.54 | | 2.49 | | 2.41 | | 2.42 | | 2.48 | | 2.531 |
| H | Bad some paint at lip | 4.14 | 3.84 | 4.5 | 3.85 | 3.94 | 3.64 | 3.56 | 2.8 | 2.74 | 3.01 | 2.53 | 2.41 | 2.53 | 2.38 | 2.63 | 2.77 | 3.204 |
| I | Most Paint still Intact | 2.99 | 2.69 | 2.69 | 2.51 | 2.66 | 2.52 | 2.52 | 2.5 | 2.77 | 2.98 | 2.73 | 3.12 | 3.41 | 3.24 | 3.19 | 2.68 | 2.825 |
| J | Very Bad Pt one end | 2.59 | 2.65 | 2.57 | 2.47 | 2.39 | 2.37 | 3.2 | 2.21 | 3.33 | 3.17 | 4.68 | 3.06 | 4.29 | 3.66 | 2.44 | 2.44 | 2.97 |

| Samp # | Description / Comments | Converted to Inches per 100 Support units. | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | Clear Blue Unused | 0.1 | -0 | -0.02 | -0.1 | 0.03 | -0.02 | -0.1 | 0 | 0.15 | | | | | | | | 0.004 |
| A | Other edge | 0.3 | 0.14 | 0.32 | 0.23 | 0.11 | 0.25 | 0.23 | 0.14 | 0.28 | 3.448 | 0.33 | | | | | | 0.525 |
| B | Badly Corr Paint off | | | | 9.82 | | 15.01 | | 9.82 | | | 10.9 | | | | | -0.1 | 9.09 |
| C | Badly Corroded | | 9.89 | | 13.7 | 13.2 | 10.8 | 16.6 | | 7.8 | 3.4 | 1 | 6.7 | 2.2 | 2.7 | 1.4 | 1.1 | 6.961 |
| D | Minor Corrosion | 0 | 0.3 | -0.4 | -0.4 | -0.5 | -0.35 | -0.35 | | -0.4 | -0.4 | 1.4 | 0.8 | 0.9 | -0.5 | 10.7 | | 0.771 |
| E | Very Bad Most pt gone | | 23.7 | 11.9 | 15.1 | 15.2 | 15.1 | 8.2 | 4.9 | 14.8 | | 8.2 | 9.8 | 6.3 | | 4.4 | | 11.47 |
| F | Very Bad some pt ends | -0.2 | -0.9 | -1 | | 2.2 | | 3.5 | | 6.2 | 10.2 | | | | | 5.2 | | 3.15 |
| G | Bad paint at ends | 0.6 | 0.5 | 0.9 | | 2 | | 0.3 | | -0.2 | | -1 | | -0.9 | | -0.3 | | 0.211 |
| H | Bad some paint at lip | 16.3 | 13.3 | 19.9 | 13.4 | 14.3 | 11.3 | 10.5 | 2.9 | 2.3 | 5 | 0.2 | -1 | 0.2 | -1.3 | 1.2 | 2.6 | 6.944 |
| I | Most Paint still Intact | 4.8 | 1.8 | 1.8 | 0 | 1.5 | 0.1 | 0.1 | -0.1 | 2.6 | 4.7 | 2.2 | 6.1 | 9 | 7.3 | 6.8 | 1.7 | 3.15 |
| J | Very Bad Pt one end | 0.8 | 1.4 | 0.6 | -0.4 | -1.2 | -1.4 | 6.9 | -3 | 8.2 | 6.6 | 21.7 | 5.5 | 17.8 | 11.5 | -0.7 | -0.7 | 4.6 |