# CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
) SS.
COUNTY OF STEARNS )

I, Kristie J. Schiffler, certify that on the 8th day of June, 2004, I caused the following documents:

1. Defendant BCM Manufacturing, Ltd.'s Motion for Summary Judgment;
2. Defendant BCM Manufacturing, Ltd.'s Notice of Motion for Summary Judgment;
3. Defendant BCM Manufacturing, Ltd.'s Memorandum of Law in Support of its Summary Judgment Motion; and
4. Affidavit of Richard W. Sobalvarro.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Mr. Dustan J. Cross
Gislason & Hunter
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458

Mr. Joseph F. Lulic
Hanson, Lulic & Krall
920 Second Avenue South #500
Minneapolis, MN 55402

s/Kristie J. Schiffler
Kristie J. Schiffler

Subscribed and sworn to before me
this 8th day of June, 2004.

s/Alicia C. Van Drehle
Notary Public