00-cv-785 DSD/SRN

STATE OF MINNESOTA )
) ss.
COUNTY OF BROWN )

AFFIDAVIT OF SERVICE BY MAIL

Bernice Schmitz, being first duly sworn, deposes and says that on July 13, 2004, she served the attached Plaintiffs' Memorandum of Law in Opposition to Defendant BCM Manufacturing's Motion for Summary Judgment upon:

Mr. Joseph Lulic
Hanson, Lulic & Krall
608 Second Avenue South
Suite 700
Minneapolis, MN 55402

Mr. Richard W. Sobalvarro
Rajkowski Hansmeier, Ltd.
11 Seventh Avenue North
P.O. Box 1433
St. Cloud, MN 56302-1433

by depositing a true and correct copy thereof in an envelope directed and addressed to the above addresses, and arranging for the deposit of the same in the U.S. Mail in the City of New Ulm, Minnesota, with postage prepaid thereon.

Bernice Schmitz

Bernice Schmitz

Subscribed and sworn to before
me on July 13, 2004.

Julie R. Donner

JULIE R. DONNER
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

SCANNED
JUL 14 2004
U.S. DISTRICT COURT MPLS