CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
) SS.
COUNTY OF STEARNS )

I, Kristie J. Schiffler, certify that on the 19th day of July, 2004, I caused the following documents:

1. Defendant BCM Manufacturing, Ltd.'s Reply to Plaintiff's Memorandum of Law in Opposition to Defendant BCM Manufacturing Ltd.'s Motion for Summary Judgment.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

| | |
|---|---|
| Mr. Dustan J. Cross<br>Gislason & Hunter<br>2700 South Broadway<br>P.O. Box 458<br>New Ulm, MN 56073-0458 | Mr. Joseph F. Lulic<br>Hanson, Lulic & Krall<br>920 Second Avenue South #500<br>Minneapolis, MN 55402 |

s/Kristie J. Schiffler
Kristie J. Schiffler

Subscribed and sworn to before me
this 19th day of July, 2004.

s/Alicia C. Van Drehle
Notary Public