UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Holden Farms, Inc., a Minnesota Corporation, Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,

Court File No. 00-CV-785

Plaintiffs,

vs.

Hog Slat Inc., a North Carolina Corporation; BCM Manufacturing, Ltd., a Canadian Corporation; and Double L Group Ltd., an Iowa Corporation,

Defendants.

---

**DEFENDANT DOUBLE L GROUP LTD.'S REQUEST**

---

**INTRODUCTION**

Defendant, Double L Group Ltd. (hereinafter "Double L"), respectfully submits this Request to file its Reply Memorandum of Law in Support of its Summary Judgment Motion to dismiss Plaintiffs' breach of warranty claims one day after the deadline for filing reply memorandums in accordance with L.R. 7.1 which was recently adopted by the U.S. District Court District of Minnesota.

## ARGUMENT

This matter is currently scheduled for summary judgment motion hearing on July 30, 2004. Defendant's counsel, relying on the Local Rules contained in the published version of the Minnesota Rules of Court, believed that the deadline for filing Double L's reply memorandum was nine (9) days before the hearing. However, the recent modifications to the Local Rules published on the court's website require the moving party's reply memorandum to be filed twelve (12) days prior to the hearing date.

Delays in filing have been permitted where the party acted in good faith in its delay, where the party's actions were not contumacious, did not exhibit a blatant or intentional disregard for the deadlines and procedures and where the delay was short and did not cause prejudice to the opposing party. *See generally* Sick, Inc. v. Motion Control Corp., No. Civ. 01-1496, 2002 WL 832609 (D.Minn. 2002)(citing Pioneer Ins. Servs. v. Brunswick Assocs. Ltd. Partnership, 507 U.S. 380 (1993)).

Double L is requesting permission to file its brief one day after the deadline imposed by L.R. 7.1(b)(3). The delay was not intentional and is very short. There will be no prejudice to the Plaintiffs in this matter as they have ample time to prepare for the hearing. In fact, Plaintiffs' Memorandum of Law in Opposition to Double L's Motion for Summary Judgment was served and filed late.

## CONCLUSION

Therefore, Double L respectfully requests that this Court permit Double L to file its Reply Memorandum one day late.

Dated: July __, 2004

HANSON LULIC & KRALL, LLC

s/Candy B. Olson
Joseph F. Lulic (#65018)
Candy B. Olson (#0301991)
700 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
(612) 333-2530

G:\HLK\17168\PLDG\REQUEST