# CERTIFICATE OF SERVICE

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN)

I, Joyce Ahlstrom, certify that on the 20th day of July, 2004, I caused the following document:

*Defendant Double L Group Ltd.'s Request*

to be sent by fax to the attorneys listed below and to be electronically filed with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing the following:

Richard W. Sobalvarro, Esq.
Rajkowski Hansmeier Ltd.
11 Seventh Avenue North
P.O. Box 1433
St. Cloud, MN 56302-1433

Dustan J. Cross, Esq.
Gislason & Hunter LLP
2700 South Broadway
P.O. Box 458
New Ulm, MN 56073-0458

s/Joyce Ahlstrom
Joyce Ahlstrom

Subscribed and sworn to before me
this 20th day of July, 2004.

s/Kim M. Babst
Notary Public