UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Holden Farms, Inc., a Minnesota Corporation; Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,
Plaintiffs,

vs.

Hog Slat Inc., a North Carolina Corporation; BCM Manufacturing, Ltd., a Canadian Corporation; and Double L Group Ltd., an Iowa Corporation,
Defendants.

Court File No. 00-CV-785

**PLAINTIFFS' REQUEST FOR PERMISSION TO FILE LATE OPPOSITION TO DEFENDANTS' MOTIONS**

INTRODUCTION

Plaintiffs hereby respectfully submit their request for permission to rely upon their untimely filed and served July 13, 2004 Memoranda in Opposition to defendant Double L Group Ltd. ("Double L") and BCM Manufacturing, Ltd. ("BCM") respective Motions for Summary Judgment.

DISCUSSION

This matter is currently scheduled for a July 30, 2004 hearing on Double L's and BCM's respective Motions for Summary Judgment ("Motions"). In serving and filing their July 13, 2004 Memoranda in Opposition to the Motions, Plaintiffs mistakenly relied upon the deadlines stated in the published Local Rules. Plaintiffs' counsel was recently reminded by opposing counsel that the Local Rules have been modified, and thus Plaintiffs' Memoranda in Opposition were filed and served three days late under the Local Rules.

Upon information and belief, Plaintiffs' untimely filing and service has not caused prejudice to either BCM or Double L.

CONCLUSION

Based upon the foregoing, Plaintiffs respectfully request that this Court permit Plaintiffs to rely upon their untimely filed and served Memoranda of Law in Opposition to BCM and Double L's Motions for Summary Judgment.

Dated this 23rd day of July, 2004.

s/ Peter D. Favorite

Dustan J. Cross #248952
Peter D. Favorite #0301036
GISLASON & HUNTER LLP
Attorneys for Plaintiffs
2700 South Broadway
P. O. Box 458
New Ulm, MN 56073-0458
Phone: 507-354-3111