**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2004, I caused the following documents:

1) Plaintiffs' Request for Permission to File Late Opposition to Defendants' Motions

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Brad J Brady

Joseph Francis Lulic

Candy B Olson

Richard W Sobalvarro

Dated: July 26, 2004

s/ Peter D. Favorite

Peter D. Favorite #0301036
Attorney for Plaintiffs
GISLASON & HUNTER LLP
2700 South Broadway
P. O. Box 458
New Ulm, MN 56073-0458
Phone: 507-354-3111
Fax: 507-354-8447