UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-785(DSD/SRN)

Holden Farms, Inc., a Minnesota corporation; Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,

Plaintiffs,

v.

**ORDER**

BCM Manufacturing, Ltd., a Canadian corporation; and Double L Group Ltd., an Iowa corporation,

Defendants.

This matter is before the court upon plaintiffs' request for permission to file a motion for reconsideration. In the request, plaintiffs refer to an "Exhibit 6" which they claim the court failed to consider in its determination of defendant BCM's motion for summary judgment. The request does not further identify the exhibit. For instance, plaintiffs do not specify if "Exhibit 6" is an exhibit to a pleading, affidavit or deposition.

Plaintiffs' memoranda in opposition to the defendants' motions for summary judgment did not identify "Exhibit 6" with any greater particularity. At one point in one memorandum, plaintiffs referred to "Exhibit 6" as "Deposition Exhibit 6." (Pls.' Mem. Law Opp'n

BCM's Mot. Summ. J. at 11.) Plaintiffs, however, did not specify to whose deposition they were referring.

The court carefully reviewed the file and record before ruling on defendant BCM's motion and has done so again after receiving plaintiffs' request. "Exhibit 6" is not included in the materials plaintiffs submitted in opposition to defendants' motions for summary judgment, for plaintiffs submitted nothing other than their memoranda of law. Nor is "Exhibit 6" included in any of the materials submitted by defendants in connection with their motions. (See Olson Aff.; Sobalvarro Aff.) The court cannot evaluate evidence it cannot find. Parties bear the responsibility to cite the record accurately and in a manner readily to be understood. Accordingly, **IT IS HEREBY ORDERED** that plaintiffs' request for permission to bring a motion for reconsideration [Docket No. 142] is denied.

Dated: January 21, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court