UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

# NOTICE OF ASSIGNMENT OF CASES FOR TRIAL

The following civil case is set for trial before Judge David S. Doty at the United States Courthouse, Courtroom 14 West, 14th Floor, 300 South Fourth Street, Minneapolis, Minnesota 55415, on **JUNE 20, 2005,** with trial to commence at 9:00 a.m. Trial documents are due **JUNE 6, 2005, in accordance with the Electronic Case Filing Procedures for the District of Minnesota. One copy in Word or WordPerfect version of all trial documents shall be sent to the chambers e-mail address (doty_chambers@mnd.uscourts.gov) OR ONE courtesy copy mailed or delivered to Judge Doty's Chambers in an envelope addressed to the calendar clerk. Attention of counsel is called to Local Rule 39.1 re Trial Procedures**.

If your case is not reached for trial during the period indicated, it will be tried as soon as possible thereafter and should be kept on a "ready basis." **IT IS ORDERED** that if the attorney having responsibility for the case is unable to try the case, he or she shall refer the case to another attorney so the case can proceed in an expeditious manner.

Questions regarding the calendar may be directed to Connie Baker, Calendar Clerk for Judge Doty, U.S. Courthouse, Suite 14W, Minneapolis, MN 55415. (612) 664-5063.

**UNDER THE SPEEDY TRIAL ACT, THE TRIALS OF CRIMINAL CASES MAY BE REQUIRED TO TAKE PRECEDENCE OVER THE TRIALS OF CIVIL CASES**

**Holden Farms, Inc., et al. v. BCM Manufacturing, Ltd., et al.**
**Civil No. 00-785(DSD/SRN)**