UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Holden Farms, Inc., a Minnesota Corporation; Rod Garness; Eugene C. Ward; Randy Swanson; Rick Anderson d/b/a Circle A Farms; Tim Sanborn; AJ Farms, a Minnesota General Partnership; Dennis Kofstad; Marlin Kruckeberg; and Pork Avenue, LLP, a Minnesota Limited Liability Partnership,
Plaintiffs,

Court File No. 00-CV-785

vs.

Hog Slat Inc., a North Carolina Corporation; BCM Manufacturing, Ltd., a Canadian Corporation; and Double L Group Ltd., an Iowa Corporation,
Defendants.

---

**NOTICE OF WITHDRAWAL OF COUNSEL**

---

TO: ALL DEFENDANTS ABOVE-NAMED AND THEIR COUNSEL

PLEASE TAKE NOTICE, that Peter D. Favorite, formerly of the firm of Gislason & Hunter, LLP, 2700 South Broadway, New Ulm, Minnesota 56073, and now of the firm of Larkin Hoffman Daly & Lindgren Ltd., 1500 Wells Fargo Plaza, 7900 Xerxes Avenue South, Minneapolis, Minnesota, 55431, no longer represents the Plaintiffs in the above-captioned matter. Dustan J. Cross and Gary W. Koch of the firm of Gislason & Hunter LLP, New Ulm, Minnesota will continue to be counsel of record for the above-named Plaintiffs.

Dated this 29th day of March, 2005.

s/ Dustan J. Cross
Dustan J. Cross #248952
GISLASON & HUNTER LLP
Attorneys for Plaintiffs
2700 South Broadway
P. O. Box 458
New Ulm, MN 56073-0458
Phone: 507-354-3111

NULIB:203586.1