**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

Holden Farms, Inc, et al
v.
Hog Slat, Inc., et al
0:00-cv-00785-DSD-SRN

I hereby certify that on March 30, 2005, I caused the following documents:

1) Notice of Withdrawal of Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Brad J Brady**
  bbrady@bradyoshea.com
- **Peter D Favorite**
  pfavorite@larkinhoffman.com vnickerson@larkinhoffman.com
- **Joseph Francis Lulic**
  jlulic@hlk.com kbabst@hlk.com
- **Candy B Olson**
  colson@hlk.com jahlstrom@hlk.com
- **Richard W Sobalvarro**
  rsobalvarro@rajhan.com kschiffler@rajhan.com;rajhan@rajhan.com

Dated: March 30, 2005

s/ Dustan J. Cross

Dustan J. Cross #248952
Attorney for Plaintiffs
GISLASON & HUNTER LLP
2700 South Broadway
P. O. Box 458
New Ulm, MN 56073-0458
Phone: 507-354-3111
Fax: 507-354-8447

NULIB:204112.1