UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-785(DSD/SRN)

Holden Farms, Inc., et al.,

Plaintiffs,

v.

**ORDER**

BCM Manufacturing, Ltd., et al.,

Defendants.

**IT IS HEREBY ORDERED** that the trial in this matter set for June 20, 2005, is continued to September 12, 2005, at 9:00 a.m., before the undersigned in Courtroom 14 West, 300 South Fourth Street, Minneapolis, Minnesota. Trial will be held Monday through Thursday. Voir dire and jury instructions shall be due on or before August 29, 2005.

Dated: April 26, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court