**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Holden Farms, Inc., et al.,** **Civil No. 00-785 DSD/SRN**

**Plaintiff,**

**v.**

**AMENDED NOTICE OF FINAL SETTLEMENT CONFERENCE**

**BCM Manufacturing, Ltd.,**
**Double L. Group, Ltd.**

**Defendants.**

---

A final settlement conference will be held in the above-referenced matter on **August 25, 2005, at 9:30 a.m.** in Suite 242, Federal Building, 316 North Robert Street, St. Paul, Minnesota, before Magistrate Judge Susan Richard Nelson.

Counsel who will actually try the case and each party, armed with full settlement authority, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. If an insurance company is involved, the responsible agent must be present. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied.

DATED: July 29, 2005

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge