**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Holden Farms, Inc., et al.,**

**Plaintiff,**

**v.**

**BCM Manufacturing, Ltd.,**
**Double L. Group, Ltd.**

**Defendants.**

**Civil No. 00-785 DSD/SRN**

**ORDER**

---

The final settlement conference scheduled for August 1, 2005 in this matter is hereby **CANCELLED** due to Defendant BCM Manufacturing, Ltd.'s failure to comply with the Court's May 23, 2005 Order, which requires each party to have present on August 1, 2005 in St. Paul, Minnesota, a representative with full settlement authority. The matter will be rescheduled in a separate Amended Notice of Final Settlement Conference.

DATED: July 29, 2005

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge