# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Holden Farms, Inc., et al.,

Plaintiff(s),

v.

BCM Manufacturing, Ltd.,
Double L. Group, Ltd.,

Defendant(s).

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-00-785 DSD/SRN |
| Date: | August 25, 2005 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 6:00 p.m. |
| Time in Court: | 8 Hours & 30 Minutes |

APPEARANCES:

Plaintiff(s): Dustan Cross, for Holden Farms, Inc., et al.

Defendant(s): Richard Sobalvarro for BCM Manufacturing, Ltd.
Brad Brady, Joseph Lulic for Double L. Group, Ltd.

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

*PLEASE TEXT IN DETAILS HERE (INCLUDING DOC #'S AND TILES)*

**Final Settlement Conference held. Case settled.**

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Beverly Riches
Judicial Assistant