UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-785(DSD/SRN)

Holden Farms, Inc., et al.

Plaintiffs,

v. **ORDER**

BCM Manufacturing, Ltd. &
Double L. Group, Inc.

Defendants.

The court having been advised by counsel that the above-entitled action has been settled, or is in the process of being settled,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, the court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action upon good cause shown.

Dated: August 30, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court